1

| HCDistrictclerk.com | FUNIMATION ENTERTAINMENT vs. A D VISION INC | 6/8/2012 |
|---|---|---|
| | Cause: 201167220    CDI: 7    Court: 151 | |

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| File Date | 11/4/2011 |
| Case (Cause) Location | Civil Intake 1st Floor |
| Case (Cause) Status | Ready Docket |
| Case (Cause) Type | DEBT |
| Next/Last Setting Date | 6/25/2012 |

### COURT DETAILS

| | |
|---|---|
| Court | 151st |
| Address | 201 CAROLINE (Floor: 11)<br>HOUSTON, TX 77002<br>Phone:7133686222 |
| JudgeName | MIKE ENGELHART |
| Court Type | Civil |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| FUNIMATION ENTERTAINMENT | PLAINTIFF - CIVIL | | HARRISON, LAUREN J. |
| FUNIMATION ENTERTAINMENT | CROSS DEFENDANT | | |
| FUNIMATION ENTERTAINMENT | CROSS DEFENDANT | | |
| AESIR HOLDINGS L L C | DEFENDANT - CIVIL | | HERBERT, KYLE CHRISTOPHER |
| A D VISION INC | DEFENDANT PRO SE | | LACY, CHRISTOPHER WAYNE |
| A D VISION INC | CROSS PLAINTIFF | | LACY, CHRISTOPHER WAYNE |
| LEDFORD, JOHN ROBERT II (INDIVIDUAL) | DEFENDANT PRO SE | | LACY, CHRISTOPHER WAYNE |
| LEDFORD, JOHN ROBERT II (INDIVIDUAL) | CROSS PLAINTIFF | | LACY, CHRISTOPHER WAYNE |
| AESIR HOLDINGS L L C | CROSS PLAINTIFF | | MCCLELLAND, SHANE |

| | | |
|---|---|---|
| SERAPHIM STUDIOS L L C | DEFENDANT - CIVIL | HERBERT, KYLE CHRISTOPHER |
| SXION 23 L L C | DEFENDANT - CIVIL | HERBERT, KYLE CHRISTOPHER |
| VALKYRIE MEDIA PARTNERS L L C | DEFENDANT - CIVIL | HERBERT, KYLE CHRISTOPHER |
| SENTAI FILMWORKS L L C | DEFENDANT - CIVIL | HERBERT, KYLE CHRISTOPHER |
| SENTAI HOLDINGS L L C | DEFENDANT - CIVIL | HERBERT, KYLE CHRISTOPHER |
| UNIO MYSTICA HOLDINGS L L C | DEFENDANT - CIVIL | HERBERT, KYLE CHRISTOPHER |
| UNIO MYSTICA HOLDINGS L L C | CROSS PLAINTIFF | MCCLELLAND, SHANE |
| SENTAI HOLDINGS L L C | CROSS PLAINTIFF | MCCLELLAND, SHANE |
| SENTAI FILMWORKS L L C | CROSS PLAINTIFF | MCCLELLAND, SHANE |
| VALKYRIE MEDIA PARTNERS L L C | CROSS PLAINTIFF | MCCLELLAND, SHANE |
| SXION 23 L L C | CROSS PLAINTIFF | MCCLELLAND, SHANE |
| SERAPHIM STUDIOS L L C | CROSS PLAINTIFF | MCCLELLAND, SHANE |
| A D VISION INC (A DOMESTIC CORPORATION) BY SERVING THROUGH ITS | REGISTERED AGENT | |
| AESIR HOLDINGS L L C (A DOMESTIC LIMITED LIABILITY COMPANY) BY SERVING | REGISTERED AGENT | |
| SERAPHIM STUDIOS L L C (A DOMESTIC LIMITED LIABILITY COMPANY) BY | REGISTERED AGENT | |
| SXION 23 L L C (A DOMESTIC LIMITED LIABILITY COMPANY) BY SERVING | REGISTERED AGENT | |
| VALKYRIE MEDIA PARTNERS L L C (A DOMESTIC LIMITED LIABILITY COMPANY) | REGISTERED AGENT | |
| SENTAI FILMWORKS L L C (A DOMESTIC LIMITED LIABILITY COMPANY) BY | REGISTERED AGENT | |
| SENTAI HOLDINGS L L C (A DOMESTIC LIMITED LIABILITY COMPANY) BY | REGISTERED AGENT | |
| UNIO MYSTICA HOLDINGS L L C (FKA UNIOMYSTICA L L C DBA SWITCHBLADE | REGISTERED AGENT | |
| NET MASTER HOSTING L L C (DOMESTIC LIMITED LIABILTY COMPANY) BY | REGISTERED AGENT | |
| FUNIMATION PRODUCTIONS LTD | CROSS DEFENDANT | |

| | | |
|---|---|---|
| ANIME HOLDINGS LLC | CROSS DEFENDANT | |
| FUNIMATION GP LLC | CROSS DEFENDANT | |
| FUNIMATION LP LLC | CROSS DEFENDANT | |
| FUNIMATION HOLDINGS LLC | CROSS DEFENDANT | |
| FUNIMATION LP LLC | CROSS DEFENDANT | |
| FUKUNAGA, GEN | CROSS DEFENDANT | |
| FUNIMATION PRODUCTIONS LTD BY SERVING ITS REGISTERED AGENT GEN | REGISTERED AGENT | |
| ANIMEONLINE LTD BY SERVING ITS REGISTERED AGENT GEN FUKUNAGA | REGISTERED AGENT | |
| FUNIMATION GP L L C BY SERVING ITS REGISTERED AGENT GEN FUKUNAGA | REGISTERED AGENT | |
| ANIME LP HOLDINGS L L C BY SERVING ITS REGISTERED AGENT GEN FUKUNAGA | REGISTERED AGENT | |
| FUNIMATION LP L L C BY SERVING ITS REGISTERED AGENT GEN FUKUNAGA | REGISTERED AGENT | |
| NET MASTER HOSTING, L.L.C. | DEFENDANT - CIVIL | HERBERT, KYLE CHRISTOPHER |

## INACTIVE PARTIES

No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Attorney |
|---|---|---|---|---|---|
| 6/8/2012 | FIRST AMENDED ANSWER ORIGINAL PETITION | | | 0 | HERBERT, KYLE CHRISTOPHER |
| 6/8/2012 | FIRST AMENDED ANSWER ORIGINAL PETITION | | | 0 | HERBERT, KYLE CHRISTOPHER |
| 6/8/2012 | FIRST AMENDED ANSWER ORIGINAL PETITION | | | 0 | HERBERT, KYLE CHRISTOPHER |
| 6/8/2012 | FIRST AMENDED ANSWER ORIGINAL PETITION | | | 0 | HERBERT, KYLE CHRISTOPHER |
| 6/8/2012 | FIRST AMENDED ANSWER ORIGINAL PETITION | | | 0 | HERBERT, KYLE CHRISTOPHER |
| 6/8/2012 | FIRST AMENDED ANSWER ORIGINAL PETITION | | | 0 | HERBERT, KYLE CHRISTOPHER |
| 6/8/2012 | FIRST AMENDED ANSWER ORIGINAL PETITION | | | 0 | HERBERT, KYLE CHRISTOPHER |
| 6/8/2012 | FIRST AMENDED ANSWER ORIGINAL PETITION | | | 0 | HERBERT, KYLE CHRISTOPHER |
| 6/6/2012 | ORDER GRANTING WITHDRAWAL OF ATTORNEY SIGNED | 6/6/2012 | | 1 | |
| 6/4/2012 | ANSWER THIRD PARTY PETITION | | | 0 | HARRISON, LAUREN J. |
| 6/1/2012 | | 6/1/2012 | | 12 | |

| | | | | |
|---|---|---|---|---|
| | ORD SGN GRNTNG PROTECTION FROM DISCOVERY REQUEST | | | |
| 6/1/2012 | ORDER MODIFYING AND AMENDING TEMPORARY ORDERS SIGNED | 6/1/2012 | 12 | |
| 5/25/2012 | ORD SGN GRNTNG PROTECTION FROM DISCOVERY REQUEST | 5/25/2012 | 1 | |
| 5/18/2012 | SUPPLEMENTAL ANSWER ORIGINAL PETITION | | 0 | LACY, CHRISTOPHER WAYNE |
| 5/8/2012 | FIRST AMENDED ANSWER ORIGINAL PETITION | | 0 | LACY, CHRISTOPHER WAYNE |
| 5/8/2012 | FIRST AMENDED ANSWER ORIGINAL PETITION | | 0 | LACY, CHRISTOPHER WAYNE |
| 5/8/2012 | COUNTER CLAIM | | 0 | LACY, CHRISTOPHER WAYNE |
| 5/8/2012 | COUNTER CLAIM | | 0 | LACY, CHRISTOPHER WAYNE |
| 4/2/2012 | FIRST AMENDED ORIGINAL PETITION | | 0 | HARRISON, LAUREN J. |
| 3/1/2012 | ORD SGN GRNTNG PROTECTION FROM DISCOVERY REQUEST | 3/1/2012 | 11 | |
| 12/27/2011 | COUNTER CLAIM | | 0 | MCCLELLAND, SHANE |
| 12/27/2011 | COUNTER CLAIM | | 0 | MCCLELLAND, SHANE |
| 12/27/2011 | COUNTER CLAIM | | 0 | MCCLELLAND, SHANE |
| 12/27/2011 | COUNTER CLAIM | | 0 | MCCLELLAND, SHANE |
| 12/27/2011 | COUNTER CLAIM | | 0 | MCCLELLAND, SHANE |
| 12/27/2011 | COUNTER CLAIM | | 0 | MCCLELLAND, SHANE |
| 12/27/2011 | COUNTER CLAIM | | 0 | MCCLELLAND, SHANE |
| 12/23/2011 | ANSWER ORIGINAL PETITION | | 0 | HERBERT, KYLE CHRISTOPHER |
| 12/23/2011 | ANSWER ORIGINAL PETITION | | 0 | HERBERT, KYLE CHRISTOPHER |
| 12/23/2011 | ANSWER ORIGINAL PETITION | | 0 | HERBERT, KYLE CHRISTOPHER |
| 12/23/2011 | ANSWER ORIGINAL PETITION | | 0 | HERBERT, KYLE CHRISTOPHER |
| 12/23/2011 | ANSWER ORIGINAL PETITION | | 0 | HERBERT, KYLE CHRISTOPHER |
| 12/23/2011 | ANSWER ORIGINAL PETITION | | 0 | HERBERT, KYLE CHRISTOPHER |
| 12/23/2011 | ANSWER ORIGINAL PETITION | | 0 | HERBERT, KYLE CHRISTOPHER |
| 12/15/2011 | DOCKET CONTROL/PRETRIAL ORDER SIGNED | 12/15/2011 | 2 | |
| 12/13/2011 | DESIGNATED TRIAL READY | | 0 | |
| 12/5/2011 | ANSWER ORIGINAL PETITION | | 0 | BALLASES, THOMAS MICHAEL |
| 12/5/2011 | ANSWER ORIGINAL PETITION | | 0 | BALLASES, THOMAS MICHAEL |
| 11/4/2011 | JURY FEE PAID (TRCP 216) | | 0 | |
| 11/4/2011 | ORIGINAL PETITION | | 0 | HARRISON, LAUREN J. |

**SETTINGS**

| Date | Court Post Jdgm | Docket Type | Reason | Results | Comments | Defendant |
|---|---|---|---|---|---|---|
| 5/14/2012 02:00 PM | 151 | Law Day Docket | MOTION TO DISMISS | Re-Set | PER DEBBIE 4/24 | |

| Date | Court | Docket Type | Description | Status | Notes |
|---|---|---|---|---|---|
| 5/14/2012 02:00 PM | 151 | Law Day Docket | SUMMARY JUDG - MTN PARTIAL (TRCP 166A) | Passed | PER DEBBIE 4/18 |
| 5/21/2012 10:15 AM | 151 | Law Day Docket | MOTION TO DISMISS | Hearing Held | RULING MADE;NO O/S;SEE D/S |
| 5/21/2012 10:15 AM | 151 | Law Day Docket | MOTION FOR PROTECTION FROM DISCOVERY REQUEST | Hearing Held | RULING MADE;NO O/S;SEE D/S |
| 6/04/2012 09:45 AM | 151 | Law Day Docket | MOTION FOR PROTECTION FROM DISCOVERY REQUEST | Passed | HEARD 5/21/2012 |
| 6/11/2012 08:00 AM | 151 | Submission Docket (Local Rule 12) | WITHDRAWAL OF ATTORNEY OF RECORD | Granted | SEE O/S 6-6-12 |
| 6/11/2012 10:00 AM | 151 | Law Day Docket | MTN FOR PROTECTION | Re-Set | NO HRNGS - DEAD WEEK |
| 6/25/2012 02:30 PM | 151 | Law Day Docket | PLEA TO JURISDICTION (TRCP 120A) | | |
| 10/05/2012 12:00 AM | 151 | Trial Coordinators Docket | PRE TRIAL CONFERENCE (NO TCR) | | |
| 10/15/2012 09:00 AM | 151 | Trial Setting | Trial on Merits | | |

## SERVICE

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION | SERVICE RETURN / EXECUTED | ORIGINAL PETITION | LEDFORD, JOHN ROBERT II (INDIVIDUAL) 1005 SOUTH SHEPHERD DRIVE APARTMENT 408 HOUSTON TEXAS 77019 OR | 11/4/2011 | 11/7/2011 | 11/10/2011 | 11/14/2011 | 11/17/2011 | 72722047 | CIV AGCY-CIVILIAN SERVICE AGENCY |
| CITATION CORPORATE | SERVICE RETURN / EXECUTED | ORIGINAL PETITION | A D VISION INC (A DOMESTIC CORPORATION) BY SERVING THROUGH ITS REGISTERED AGENT JOHN ROBERT LEDFORD II | 11/4/2011 | 11/7/2011 | 11/10/2011 | 11/14/2011 | 11/17/2011 | 72722050 | CIV AGCY-CIVILIAN SERVICE AGENCY |
| CITATION CORPORATE | SERVICE RETURN / EXECUTED | ORIGINAL PETITION | AESIR HOLDINGS L L C (A DOMESTIC LIMITED LIABILITY COMPANY) BY SERVING ITS REGISTERED AGENT NET MASTER HOLDINGS L L C THROUGH NET MASTERS MANAGER MARK C WILLIAMS | 11/4/2011 | 11/7/2011 | 11/17/2011 | 11/22/2011 | 11/23/2011 | 72722053 | CIV AGCY-CIVILIAN SERVICE AGENCY |
| CITATION CORPORATE | SERVICE RETURN / EXECUTED | ORIGINAL PETITION | SERAPHIM STUDIOS L L C (A DOMESTIC LIMITED LIABILITY COMPANY) BY SERVING THROUGH ITS REGISTERED | 11/4/2011 | 11/7/2011 | 11/8/2011 | 11/10/2011 | 11/11/2011 | 72722055 | CIV AGCY-CIVILIAN SERVICE AGENCY |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION CORPORATE | SERVICE RETURN / EXECUTED | ORIGINAL PETITION | AGENT GRIFFIN D VANCE IV SXION 23 L L C (A DOMESTIC LIMITED LIABILITY COMPANY) BY SERVING TRHOUGH ITS REGISTERED AGENT GRIFFIN VANCE | 11/4/2011 | 11/7/2011 | 11/8/2011 | 11/10/2011 | 11/11/2011 | 72722059 | CIV AGCY-CIVILIAN SERVICE AGENCY |
| CITATION CORPORATE | SERVICE RETURN / EXECUTED | ORIGINAL PETITION | VALKYRIE MEDIA PARTNERS L L C (A DOMESTIC LIMITED LIABILITY COMPANY) BY SERVING THROUGH ITS REGISTERED AGENT GRIFFIN VANCE | 11/4/2011 | 11/7/2011 | 11/8/2011 | 11/10/2011 | 11/11/2011 | 72722061 | CIV AGCY-CIVILIAN SERVICE AGENCY |
| CITATION CORPORATE | SERVICE ISSUED / IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | SENTAI FILMWORKS L L C (A DOMESTIC LIMITED LIABILITY COMPANY) BY SERVING THROUGH TIS REGISTERED AGENT JOHN LEDFORD II | 11/4/2011 | 11/7/2011 | | | | 72722065 | CIV AGCY-CIVILIAN SERVICE AGENCY |
| CITATION CORPORATE | SERVICE RETURN / EXECUTED | ORIGINAL PETITION | SENTAI HOLDINGS L L C (A DOMESTIC LIMITED LIABILITY COMPANY) BY SERVING THROUGH ITS REGISTERED AGENT JOHN LEDFORD II | 11/4/2011 | 11/7/2011 | 11/10/2011 | 11/14/2011 | 11/17/2011 | 72722068 | CIV AGCY-CIVILIAN SERVICE AGENCY |
| CITATION CORPORATE | SERVICE ISSUED / IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | UNIO MYSTICA HOLDINGS L L C (FKA UNIOMYSTICA L L C DBA SWITCHBLADE PICTURES) BY SERVING THROUGH TIS REGISTERED AGENT BRIAN GREENFIELD | 11/4/2011 | 11/7/2011 | | | | 72722072 | CIV AGCY-CIVILIAN SERVICE AGENCY |
| CITATION CORPORATE | SERVICE RETURN / EXECUTED | ORIGINAL PETITION | SENTAI HOLDINGS L L C (A DOMESTIC LIMITED LIABILITY COMPANY) BY SERVING THROUGH ITS REGISTERED AGENT JOHN LEDFORD II | 11/18/2011 | 11/18/2011 | 11/19/2011 | 11/22/2011 | 11/23/2011 | 72726418 | CIV AGCY-CIVILIAN SERVICE AGENCY |
| CITATION CORPORATE | SERVICE RETURN / EXECUTED | ORIGINAL PETITION | SENTAI FILMWORKS L L C (A DOMESTIC | 11/18/2011 | 11/18/2011 | 11/19/2011 | 11/22/2011 | 11/23/2011 | 72726419 | CIV AGCY-CIVILIAN SERVICE AGENCY |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | LIMITED LIABILITY COMPANY) BY SERVING THROUGH TIS REGISTERED AGENT JOHN LEDFORD II | | | | | | | |
| | | | NET MASTER HOSTING, L.L.C. | | | | | | 72767417 | |
| CITATION CORPORATE | SERVICE RETURN / EXECUTED | AMENDED ORIGINAL PETITION | NET MASTER HOSTING L L C (DOMESTIC LIMITED LIABILTY COMPANY) BY SERVING THROUGH ITS REGISTERED AGENT LEIGH WILLIAMS | 4/2/2012 | 4/3/2012 | 4/13/2012 | 4/13/2012 | 4/19/2012 | 72767453 | CIV AGCY- CIVILIAN SERVICE AGENCY |
| CITATION | SERVICE RETURN / EXECUTED | CROSS ACTION/COUNTER CLAIM | FUKUNAGA, GEN | 5/8/2012 | 5/9/2012 | 5/10/2012 | 5/11/2012 | 6/5/2012 | 72779972 | ATTORNEY PICK-UP |
| CITATION CORPORATE | SERVICE RETURN / EXECUTED | CROSS ACTION/COUNTER CLAIM | FUNIMATION LP L L C BY SERVING ITS REGISTERED AGENT GEN FUKUNAGA | 5/8/2012 | 5/9/2012 | 5/10/2012 | | 6/5/2012 | 72779973 | ATTORNEY PICK-UP |
| CITATION CORPORATE | SERVICE RETURN / EXECUTED | CROSS ACTION/COUNTER CLAIM | ANIME LP HOLDINGS L L C BY SERVING ITS REGISTERED AGENT GEN FUKUNAGA | 5/8/2012 | 5/9/2012 | 5/10/2012 | 5/11/2012 | 6/5/2012 | 72779974 | ATTORNEY PICK-UP |
| CITATION CORPORATE | SERVICE RETURN / EXECUTED | CROSS ACTION/COUNTER CLAIM | FUNIMATION GP L L C BY SERVING ITS REGISTERED AGENT GEN FUKUNAGA | 5/8/2012 | 5/9/2012 | 5/10/2012 | | 6/5/2012 | 72779975 | ATTORNEY PICK-UP |
| CITATION CORPORATE | SERVICE RETURN / EXECUTED | CROSS ACTION/COUNTER CLAIM | ANIMEONLINE LTD BY SERVING ITS REGISTERED AGENT GEN FUKUNAGA | 5/8/2012 | 5/9/2012 | 5/10/2012 | 5/11/2012 | 6/5/2012 | 72779976 | ATTORNEY PICK-UP |
| CITATION CORPORATE | SERVICE RETURN / EXECUTED | CROSS ACTION/COUNTER CLAIM | FUNIMATION PRODUCTIONS LTD BY SERVING ITS REGISTERED AGENT GEN FUKUNAGA | 5/8/2012 | 5/9/2012 | 5/10/2012 | 5/11/2012 | 6/5/2012 | 72779977 | ATTORNEY PICK-UP |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 52425528 | ORDER GRANTING WITHDRAWAL OF ATTORNEY SIGNED | | 06/06/2012 | 1 |
| 52397639 | Funimation's Answer to A.D. Vision, Inc. and John Ledfords Original Counterclaim and Third Party Defendants Answer to A.D. Vision, Inc. and John Ledfords Third Party Claims | | 06/04/2012 | 6 |
| 52409256 | ORDER MODIFYING AND AMENDING TEMPORARY ORDERS SIGNED | | 06/01/2012 | 12 |
| | ORD SGN GRNTNG PROTECTION FROM DISCOVERY REQUEST | | 06/01/2012 | |
| 52346818 | Proposed Amended Agreed Protective Order | | 05/29/2012 | 12 |
| 52331859 | ORD SGN GRNTNG PROTECTION FROM DISCOVERY REQUEST | | 05/25/2012 | 1 |
| 52332131 | Unopposed Motion to Withdraw As Counsel | | 05/25/2012 | 3 |

| | | | | |
|---|---|---|---|---|
| -> 52332132 | Exhibit A | | 05/25/2012 | 3 |
| -> 52332133 | Notice of Submission | | 05/25/2012 | 3 |
| -> 52332134 | Proposed Order | | 05/25/2012 | 1 |
| 52411030 | Citation Corporate | | 05/25/2012 | 2 |
| 52411031 | Citation Corporate | | 05/25/2012 | 2 |
| 52411032 | Citation Corporate | | 05/25/2012 | 2 |
| 52411033 | Citation Corporate | | 05/25/2012 | 2 |
| 52411035 | Citation Corporate | | 05/25/2012 | 2 |
| 52411036 | Citation | | 05/25/2012 | 2 |
| 52440840 | Deposition Subpoena To Testify Or Produce Documents Or Things | | 05/25/2012 | 2 |
| 52440842 | Deposition Subpoena To Testify Or Produce Documents Or Things | | 05/25/2012 | 2 |
| 52259474 | A.D. Vision, Inc.'s and John Ledford's Response to Plaintiff's Motion to Dismiss Counterclaim and to Strike Affirmative Defenses | | 05/18/2012 | 18 |
| -> 52259476 | Exhibit A | | 05/18/2012 | 25 |
| -> 52259477 | Exhibit B | | 05/18/2012 | 27 |
| -> 52259475 | Proposed Order | | 05/18/2012 | 1 |
| 52260788 | A. D. Vision, Inc. and John Ledfords Supplemental Answer | | 05/18/2012 | 4 |
| 52260807 | A.D. Vision, Inc.'s Reply to Plaintiff's Response to A.D. Vision, Inc.'s Motion for Protective Order | | 05/18/2012 | 4 |
| -> 52260808 | Exhibit A | | 05/18/2012 | 4 |
| 52264458 | Response to Plaintiff's Motion to Strike | | 05/18/2012 | 12 |
| 52252097 | Plaintiff/Third-Party Defendant Funimation Entertainment's Motion for Expedited Hearing | | 05/17/2012 | 5 |
| 52252127 | Proposed Order Granting Motion for Expedited Hearing | | 05/17/2012 | 2 |
| -> 52252126 | Filing letter | | 05/17/2012 | 1 |
| 52252263 | Proposed Order Denying Defendant A.D. Vision's Motion for Protective Order | | 05/17/2012 | 2 |
| -> 52252262 | Filing letter | | 05/17/2012 | 1 |
| 52254997 | Plaintiff/Third-Party Defendant Funimation Entertainment's Response to A.D. Vision, Inc.'s Motion for Protective Order | | 05/17/2012 | 7 |
| -> 52255914 | Affidavit of Lauren J. Harrison in Support of Plaintiff's Response to A.D. Vision's Motion for Protective Order | | 05/17/2012 | 3 |
| -> 52255915 | Exhibit 01 | | 05/17/2012 | 8 |
| -> 52255916 | Exhibit 02 | | 05/17/2012 | 2 |
| 52232390 | Notice of Hearing | | 05/16/2012 | 3 |
| 52237759 | Amended Notice of Hearing | | 05/16/2012 | 2 |
| 52218894 | Deposition Subpoena to Testify or Produce Documents or Things | | 05/15/2012 | 1 |
| -> 52218893 | Return | | 05/15/2012 | 1 |
| 52218897 | Deposition Subpoena to Testify or Produce Documents or Things | | 05/15/2012 | 1 |
| -> 52218896 | Return | | 05/15/2012 | 1 |
| 52218904 | Deposition Subpoena to Testify or Produce Documents or Things | | 05/15/2012 | 1 |
| -> 52218903 | Return | | 05/15/2012 | 1 |
| 52221183 | Rule 11 Agreement | | 05/15/2012 | 2 |
| 52223639 | A.D. Vision, Inc.'s Motion for Protective Order | | 05/15/2012 | 4 |
| -> 52223642 | Exhibit A | | 05/15/2012 | 14 |
| -> 52223640 | Proposed Order | | 05/15/2012 | 1 |
| 52200132 | Civil Bureau Process Pick-Up Form | | 05/09/2012 | 1 |
| 52156045 | AD Vision, Inc. and John Ledfords Notice of Appearance and Designation of Attorney in Charge | | 05/08/2012 | 3 |
| 52156437 | | | 05/08/2012 | 25 |

| | | | | |
|---|---|---|---|---|
| | | A.D. Vision, Inc. and John Ledfords Amended Answer, Original Counterclaim, and Third-Party Claim | | |
| > | 52156438 | Civil Process Request | 05/08/2012 | 2 |
| > | 52156439 | Civil Process Request | 05/08/2012 | 2 |
| > | 52156440 | Civil Process Request | 05/08/2012 | 2 |
| | 52021351 | Amended Notice of Oral Hearing | 04/24/2012 | 2 |
| | 51986648 | Plaintiff's Motion to Dismiss Counterclaim and to Strike Affirmative Defenses, with Supporting Memorandum | 04/20/2012 | 11 |
| > | 51986649 | Affidavit of Lauren J. Harrison | 04/20/2012 | 2 |
| > | 51986650 | Exhibit 01 | 04/20/2012 | 9 |
| > | 51986651 | Exhibit 02 | 04/20/2012 | 49 |
| > | 51986652 | Exhibit 03 | 04/20/2012 | 2 |
| > | 51986653 | Exhibit 04 | 04/20/2012 | 3 |
| > | 51986654 | Exhibit 05 | 04/20/2012 | 2 |
| > | 51986655 | Exhibit 06 | 04/20/2012 | 2 |
| > | 51986656 | Exhibit 07 | 04/20/2012 | 2 |
| > | 51986657 | Exhibit 08 | 04/20/2012 | 4 |
| > | 51986662 | Exhibit 09 | 04/20/2012 | 4 |
| > | 51986663 | Exhibit 10 | 04/20/2012 | 2 |
| > | 51986665 | Exhibit 11 | 04/20/2012 | 2 |
| > | 51986666 | Notice of Oral Hearing | 04/20/2012 | 2 |
| | 51986661 | Proposed Order Granting Plaintiff's Motion to Dismiss Counterclaim and to Strike Affirmative Defenses | 04/20/2012 | 3 |
| > | 51986659 | Filing letter | 04/20/2012 | 1 |
| | 51973311 | Citation Corporate | 04/16/2012 | 1 |
| | 51846839 | Civil Bureau Process Pick-Up Form | 04/03/2012 | 1 |
| | 51803879 | Plaintiff's First Amended Petition | 04/02/2012 | 26 |
| > | 51803880 | Civil Process Request | 04/02/2012 | 2 |
| | 51506814 | ORD SGN GRNTNG PROTECTION FROM DISCOVERY REQUEST | 03/01/2012 | 11 |
| | 51433867 | Unopposed Motion for Entry of Agreed Protective Order | 02/23/2012 | 2 |
| > | 51433868 | Exhibit A | 02/23/2012 | 12 |
| | 51297179 | Rule 11 Agreement | 02/09/2012 | 2 |
| | 50907348 | Letter from Maria E. Ramos regarding fee for counter-claim only | 12/27/2011 | 1 |
| | 50895978 | Defendants, Aesire Holdings L.L.C., Sxion 23, L.L.C., Valkyrie Media Partners, L.L.C., Seraphim Studios, L.L.C., Sentai Filmworks, L.L.C, Sentai Holdings, L.L.C., and Unio Mystica Holdings, L.L.C., f/k/a Uniomystica, L.L.C. d/b/a Switchblade Pictures Orig | 12/23/2011 | 8 |
| | | Defendants, Aesire Holdings L.L.C., Sxion 23, L.L.C., Valkyrie Media Partners, L.L.C., Seraphim Studios, L.L.C., Sentai Filmworks, L.L.C, Sentai Holdings, L.L.C., and Unio Mystica Holdings, L.L.C., f/k/a Uniomystica, L.L.C. d/b/a Switchblade Pictures Orig | 12/23/2011 | |
| | | Defendants, Aesire Holdings L.L.C., Sxion 23, L.L.C., Valkyrie Media Partners, L.L.C., Seraphim Studios, L.L.C., Sentai Filmworks, L.L.C, Sentai Holdings, L.L.C., and Unio Mystica Holdings, L.L.C., f/k/a Uniomystica, L.L.C. d/b/a Switchblade Pictures Orig | 12/23/2011 | |
| | | Defendants, Aesire Holdings L.L.C., Sxion 23, L.L.C., Valkyrie Media Partners, L.L.C., Seraphim Studios, L.L.C., Sentai Filmworks, L.L.C, Sentai Holdings, L.L.C., and Unio Mystica Holdings, L.L.C., f/k/a Uniomystica, L.L.C. d/b/a Switchblade Pictures Orig | 12/23/2011 | |
| | | Defendants, Aesire Holdings L.L.C., Sxion 23, L.L.C., Valkyrie Media Partners, L.L.C., Seraphim Studios, L.L.C., Sentai Filmworks, L.L.C, Sentai Holdings, L.L.C., and Unio Mystica Holdings, L.L.C., f/k/a Uniomystica, L.L.C. d/b/a Switchblade Pictures Orig | 12/23/2011 | |
| | | Defendants, Aesire Holdings L.L.C., Sxion 23, L.L.C., Valkyrie Media Partners, L.L.C., Seraphim Studios, L.L.C., Sentai Filmworks, L.L.C, Sentai Holdings, L.L.C., and Unio Mystica Holdings, L.L.C., f/k/a Uniomystica, L.L.C. d/b/a Switchblade Pictures Orig | 12/23/2011 | |
| | | Defendants, Aesire Holdings L.L.C., Sxion 23, L.L.C., Valkyrie Media Partners, L.L.C., Seraphim Studios, L.L.C., Sentai Filmworks, L.L.C, Sentai Holdings, L.L.C., and Unio Mystica Holdings, L.L.C., f/k/a Uniomystica, L.L.C. d/b/a Switchblade Pictures Orig | 12/23/2011 | |

| | | | | |
|---|---|---|---|---|
| 50824442 | | DOCKET CONTROL/PRETRIAL ORDER SIGNED | 12/15/2011 | 2 |
| 50721602 | | A.D. Vision, Inc.'s and John Robert Ledford II's Original Answer | 12/05/2011 | 4 |
| | | A.D. Vision, Inc.'s and John Robert Ledford II's Original Answer | 12/05/2011 | |
| | ·> 50721605 | eFiling letter | 12/05/2011 | 1 |
| 50636456 | | Citation Corporate | 11/22/2011 | 2 |
| 50636458 | | Citation Corporate | 11/22/2011 | 2 |
| 50636460 | | Citation Corporate | 11/22/2011 | 2 |
| 50705435 | | Civil Bureau Process Pick-Up Form | 11/18/2011 | 1 |
| 50593126 | | Citation Corporate | 11/14/2011 | 2 |
| 50593127 | | Citation | 11/14/2011 | 2 |
| 50593128 | | Citation Corporate | 11/14/2011 | 2 |
| 50593129 | | Citation corporate | 11/14/2011 | 2 |
| 50529437 | | Citation Corporate | 11/10/2011 | 2 |
| 50529438 | | Citation Corporate | 11/10/2011 | 2 |
| 50529439 | | Citation Corporate | 11/10/2011 | 2 |
| 50489621 | | Civil Bureau Process Pick-Up Form | 11/07/2011 | 1 |
| 50461522 | | Plaintiffs Original Petition | 11/04/2011 | 15 |
| | ·> 50461523 | Civil Case Information Sheet | 11/04/2011 | 2 |
| | ·> 50461524 | Civil Process Request | 11/04/2011 | 5 |
| | ·> 50461525 | Filing letter | 11/04/2011 | 2 |