4

CAUSE NUMBER: 2011-67220

FUNIMATION ENTERTAINMENT
PLAINTIFF

VS.

A.D. VISION, INC., ET AL.
DEFENDANT

IN THE DISTRICT COURT
HARRIS COUNTY, TEXAS
151ST JUDICIAL DISTRICT

## AFFIDAVIT OF SERVICE

**BEFORE ME**, the undersigned authority, on this day **JAYME CHACON**, personally appeared before me and stated under oath as follows:

1. My name is **JAYME CHACON**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: **1001 TEXAS AVENUE, SUITE 1250, HOUSTON, TX 77002.**

2. **ON 11/8/2011 AT 8:00 AM – CITATION CORPORATE WITH PLAINTIFF'S ORIGINAL PETITION CAME TO HAND.**

3. **ON 11/8/2011 AT 2:15 PM** - THE ABOVE NAMED DOCUMENTS WERE DELIVERED TO: **SXION 23 LLC (A DOMESTIC LIMITED LIABILITY COMPANY) BY SERVING THROUGH ITS REGISTERED AGENT GRIFFIN VANCE @ 908 TOWN & COUNTRY BOULEVARD, SUITE 120, HOUSTON, TX 77024, BY CORPORATE SERVICE.**

**FURTHER AFFIANT SAYETH NOT.**

JAYME CHACON
SCH#2516

SWORN TO AND SUBSCRIBED before me by **JAYME CHACON** appeared on this ___9___ day of __November__, 2011 to attest witness my hand and seal of office.

NOTARY PUBLIC IN AND
FOR THE STATE OF TEXAS

2011.11.1375



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   June 1, 2012

Certified Document Number:        50529438 Total Pages:  2

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**