**6**

CAUSE NUMBER: 2011-67220

FUNIMATION ENTERTAINMENT

PLAINTIFF

VS.

A.D. VISION, INC., ET AL.

DEFENDANT

IN THE DISTRICT COURT
HARRIS COUNTY, TEXAS
151ST JUDICIAL DISTRICT

NOV 22 2011

### AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, on this day **JAYME CHACON**, personally appeared before me and stated under oath as follows:

1. My name is **JAYME CHACON**. I am over the age of eighteen (18). I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: **1001 TEXAS AVENUE, SUITE 1250, HOUSTON, TX 77002**.

2. ON 11/18/2011 AT 5:00 P.M. – CITATION CORPORATE WITH PLAINTIFF'S ORIGINAL PETITION CAME TO HAND.

3. ON 11/19/2011 AT 4:15 P.M. - THE ABOVE NAMED DOCUMENTS WERE DELIVERED TO: SENTAI HOLDINGS, LLC (A DOMESTIC LIMITED LIABILITY COMPANY) BY SERVING THROUGH ITS REGISTERED AGENT - JOHN LEDFORD, II, AT 1005 SOUTH SHEPARD DRIVE, APARTMENT 408, HOUSTON, TX 77019, BY CORPORATE SERVICE.

**FURTHER AFFIANT SAYETH NOT.**

_____
JAYME CHACON
SCH#2516

FILED
Chris Daniel
District Clerk
NOV 22 2011
Harris County, Texas

SWORN TO AND SUBSCRIBED before me by JAYME CHACON appeared on this 21 day of November, 2011 to attest witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND
FOR THE STATE OF TEXAS

2011.11.1381



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   June 1, 2012

Certified Document Number:        50636458 Total Pages:  2

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**