8

Case 4:12-cv-01736   Document 2-8   Filed on 06/08/12 in TXSD   Page 1 of 4

Attached is a copy of ____PLAINTIFF'S ORIGINAL PETITION____

This instrument was filed on the ___18th___ day of ___November___, 20__11__ above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED**; you may employ an attorney. If you or your attorney do not file a written answer w District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after y served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

**This Citation was issued under my hand** and seal of said Court, at Houston, Texas, this ___18th___ day ___November___, 20__11__.

*Chris Daniel*
**CHRIS DANIEL, District Clerk**
Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210

Issued at request of:
HARRISON, LAUREN J.
440 LOUISIANA #1150
HOUSTON, TX 77002
Tel: (713) 225-5711
Bar Number: 24025840

**Generated by:** CHAMBERS, WANDA RENE

## OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the _____ day of _____, 20___, at_____ o'clock ___.M., e the date of delivery thereon, and executed it at _____, _____
(street address) (city)

in _____ County, Texas on the _____ day of _____, 20___, at_____ o'clock

by delivering to _____, by deliveri
(the defendant corporation named in citation)

_____, in person, whose name is
(registered agent, president, or vice-president)

a true copy of this citation, with a copy of the _____ Petition att
(description of petition, e.g., "Plaintiffs Original")

and with accompanying copies of _____
(additional documents, if any, delivered with the petition)

I certify that the facts stated in this return are true by my signature below on the _____ day of _____, 20

FEE: $ _____       By: _____    _____
                                              (signature of officer)
                     Printed Name: _____

*[signature]* SCH#2516  ~~A Deputy for:~~ _____
Affiant Other Than Officer — Jayme Chacon    (printed name & title of sheriff or constable)

**AFFIDAVIT ATTACHED**

On this day, _____ known to me to be the person whose signatur appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 20 ___

_____
Notary Public

N.INT.CITC.P

RECORDER'S MEMORANDU
This instrument is of poor qual
at the time of imaging

Certified Document Number: 50636456 - Page 1 of 2

CAUSE NUMBER: 2011-67220

FUNIMATION ENTERTAINMENT

PLAINTIFF                                   IN THE DISTRICT COURT
                                                    HARRIS COUNTY, TEXAS

VS.                                                  151ST JUDICIAL DISTRICT

A.D. VISION, INC., ET AL.

DEFENDANT

### AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, on this day JAYME CHACON, personally appeared before me and stated under oath as follows:

1. My name is JAYME CHACON. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: **1001 TEXAS AVENUE, SUITE 1250, HOUSTON, TX 77002.**

2. ON 11/18/2011 AT 5:00 P.M. – CITATION CORPORATE WITH PLAINTIFF'S ORIGINAL PETITION CAME TO HAND.

3. ON 11/19/2011 AT 4:15 P.M. - THE ABOVE NAMED DOCUMENTS WERE DELIVERED TO: SENTAI FILMWORKS, LLC (A DOMESTIC LIMITED LIABILITY COMPANY) BY SERVING THROUGH ITS REGISTERED AGENT - JOHN LEDFORD, II, AT 1005 SOUTH SHEPARD DRIVE, APARTMENT 408, HOUSTON, TX 77019, BY CORPORATE SERVICE.

FURTHER AFFIANT SAYETH NOT.

_____
JAYME CHACON
SCH#2516

SWORN TO AND SUBSCRIBED before me by JAYME CHACON appeared on this 21 day of November, 2011 to attest witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND
FOR THE STATE OF TEXAS

FILED
Chris Daniel
District Clerk
NOV 22 2011
Harris County, Texas
Time: _____



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   June 1, 2012

Certified Document Number:        50636456 Total Pages: 2

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**