12

1005 SOUTH SHEPHERD DRIVE APARTMENT 408 HOUSTON TEXAS 77019 OR
5750 BINTLIFF DRIVE   HOUSTON TX 77036

Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION</u>

This instrument was filed on the <u>4th day of November, 2011</u>, in the above cited cause n[umber] and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not f[ile a] written answer with the District Clerk who issued this citation by 10:00 a.m. on the M[onday] next following the expiration of 20 days after you were served this citation and petit[ion,] a default judgment may be taken against you.

TO OFFICER SERVING:
This citation was issued on 7th day of November, 2011, under my hand and seal of said Court.

Issued at request of:
HARRISON, LAUREN J.
440 LOUISIANA #1150
HOUSTON, TX 77002
Tel: (713) 225-5711
Bar No.: 24025840

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline    Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

GENERATED BY: CHAMBERS, WANDA RENE   ULW/2[...]

FILED
Chris Daniel
District Clerk
NOV 14 2011
Harris County, Texas
By _____ Deputy

---

**OFFICER/AUTHORIZED PERSON RETURN**

Came to hand at _____ o'clock ____ .M., on the _____ day of _____,

Executed at (address) _____

_____ County at _____ o'clock ____ .M., on the ____ day of ____

_____, by delivering to _____ AFFIDAVIT _____ defendant, in pe[rson]
true copy of this Citation together with the accompan[ying] ATTACHED copy(ies)
Pe[tition]
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____,

Fee: $_____

_____ of _____ County

_____/s/_____ SCH #2516         By _____
Affiant  Jayme Chacon                         ~~Deputy~~

On this day, _____, known to me to be the pers[on whose] signature appears on the foregoing return, personally appeared . After being by me dul[y sworn] he/she stated that this citation was executed by him/her in the exact manner recited o[n the] return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____,

Notary Public

N.INT.CITR.P

CAUSE NUMBER: 2011-67220

FUNIMATION ENTERTAINMENT

PLAINTIFF

VS.

A.D. VISION, INC., ET AL.

DEFENDANT

IN THE DISTRICT COURT
HARRIS COUNTY, TEXAS
151ST JUDICIAL DISTRICT

### AFFIDAVIT OF SERVICE

**BEFORE ME**, the undersigned authority, on this day **JAYME CHACON**, personally appeared before me and stated under oath as follows:

1. My name is **JAYME CHACON**. I am over the age of eighteen (18). I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: **1001 TEXAS AVENUE, SUITE 1250, HOUSTON, TX 77002.**

2. ON 11/8/2011 AT 8:00 A.M. – CITATION WITH PLAINTIFF'S ORIGINAL PETITION CAME TO HAND.

3. ON 11/10/2011 AT 10:40 A.M. - THE ABOVE NAMED DOCUMENTS WERE DELIVERED TO: **JOHN ROBERT LEDFORD, II, (INDIVIDUAL) BY LEAVING WITH THOMAS MICHAEL BALLASES (ATTORNEY) AT 5847 SAN FELIPE STREET, SUITE 2200, HOUSTON, TX 77056, BY PERSONAL SERVICE**

FURTHER AFFIANT SAYETH NOT.

JAYME CHACON
SCH#2516

SWORN TO AND SUBSCRIBED before me by JAYME CHACON appeared on this 11 day of November, 2011 to attest witness my hand and seal of office.

NOTARY PUBLIC IN AND
FOR THE STATE OF TEXAS



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   June 1, 2012

Certified Document Number:        50593127 Total Pages:  2

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**