13

Filed 11 December 5 P3:4
Chris Daniel - District Clerk
Harris County
ED101J016622538
By: adiliani a. solis

Cause No. 2011-67220

| | | |
|---|---|---|
| FUNimation ENTERTAINMENT, § | | IN THE DISTRICT COURT OF |
| Plaintiff, § | | |
| § | | |
| VS. § | | HARRIS COUNTY, TEXAS |
| § | | |
| A.D. VISION, INC., JOHN ROBERT § | | |
| LEDFORD II, AEsil' HOLDINGS L.L.C., § | | |
| SXION 23, L.L.C., VALKYRIE MEDIA § | | |
| PARTNERS, L.L.C., SERAPHIM STUDIOS, § | | |
| L.L.C., SENTAI FILMWORKS, L.L.C., § | | |
| SENTAI HOLDINGS, L.L.C., and § | | |
| UNIO IVIYSTICA HOLDINGS, L.L.C., § | | |
| f/k/a UNIOMYSTICA, L.L.C. d/b/a § | | |
| SWITCHBLADE PICTURES, § | | |
| Defendants. § | | 151ST JUDICIAL DISTRICT |

## A.D. VISION, INC.'S AND JOHN ROBERT LEDFORD II'S ORIGINAL ANSWER

Defendants, A.D. Vision, Inc. and John Robert Ledford II, file this Original Answer.

### General Denial

1. Subject to and without waiving the foregoing and any stipulations, admissions, special exceptions, special, and affirmative defenses which may be alleged, Defendants, A.D. Vision, Inc. and John Robert Ledford II, assert a general denial in accordance with Rule 92 of the Texas Rules of Civil Procedure, and demand strict proof of plaintiff's claims, by a preponderance of the evidence, or by clear and convincing evidence as required by the Constitution and the laws of the State of Texas.

### Affirmative Defenses

2. Economic loss rule. A.D. Vision, Inc. and John Robert Ledford II are not liable for the tort claims and or damages sought by plaintiff flowing therefrom, because plaintiff's claims and or damages, if any, are the subject of an alleged contract.

766048.1 TMB 851080-00001 12/4/11

3. Prior material breach. A.D. Vision, Inc. and John Robert Ledford II are not liable for the claims and or damages sought by plaintiff, because plaintiff committed a prior material breach.

4. Limitations. A.D. Vision, Inc. and John Robert Ledford II are not liable for the claims and or damages sought by plaintiff, because of the statute of limitations.

5. Laches. A.D. Vision, Inc. and John Robert Ledford II are not liable for the claims and or damages sought by plaintiff, because of laches.

6. Accord and satisfaction. A.D. Vision, Inc. and John Robert Ledford II are not liable for the claims and or damages sought by plaintiff, because of an accord and satisfaction.

7. Waiver. A.D. Vision, Inc. and John Robert Ledford II are not liable for the claims and or damages sought by plaintiff, because plaintiff's claims and or damages, if any, have been waived.

8. Estoppel. A.D. Vision, Inc. and John Robert Ledford II are not liable for the claims and or damages sought by plaintiff, because plaintiff's claims and or damages, if any, are estopped.

9. Res Judicata. A.D. Vision, Inc. and John Robert Ledford II are not liable for the claims and or damages sought by plaintiff, because plaintiff's claims and or damages, if any, are barred by the affirmative defense of res judicata.

10. Payment. A.D. Vision, Inc. and John Robert Ledford II are not liable for the claims and or damages sought by plaintiff, because plaintiff's claims and or damages, if any, are barred by the affirmative defense of payment.

11. Failure to satisfy condition precedent. A.D. Vision, Inc. and John Robert Ledford II are not liable for the claims and or damages sought by plaintiff, because plaintiff did not fulfill all

Certified Document Number: 50721602 - Page 2 of 4

necessary conditions precedent prior to bring this cause.

12. Lack of Standing. A.D. Vision, Inc. and John Robert Ledford II are not liable for the claims and or damages sought by plaintiff, because plaintiff does not have standing to bring this cause.

13. Lack of Privity. A.D. Vision, Inc. and John Robert Ledford II assert that at no time they contract with plaintiff, no privity of contract exists, and no contractual duties were owed to plaintiff by A.D. Vision, Inc. and John Robert Ledford II, at any time.

### Request for Disclosure

14. All parties to this cause are hereby requested to disclose, within thirty (30) days of service of this request, the information and material described in Texas Rule of Civil Procedure 194.2(a) through (l).

### Conclusion

Defendants, A.D. Vision, Inc. and John Robert Ledford II, request that plaintiff recovers nothing through its claims and this lawsuit, that they are awarded their reasonable and necessary attorneys' fees, and for such other and further relief to which they are entitled.

Respectfully submitted,

**HOOVER SLOVACEK LLP**

By: /s/ M.

Thi "Nina" Tran
State Bar No. 24008172
T. Michael Ballases
State Bar No. 24036179
5847 San Felipe, 22nd Floor
Houston, Texas 77057
713-977-8686 Telephone
713-977-5395 Facsimile

**ATTORNEYS FOR DEFENDANTS A.D. VISION, INC., JOHN ROBERT LEDFORD II**

### CERTIFICATE OF SERVICE

I certify that on the 5th day of December 2011, true and correct copy of the foregoing document was served to all persons and in the manner noted below.

Lauren J. Harrison
440 Louisiana, Suite 1150
Houston, Texas 77002
Direct No.: (713) 495-2424
Facsimile: (713) 495-2421
E-Mail: lharrison@cwlaw.com
*Via Facsimile: (713) 495-2421*

/s/ M.

T. Michael Ballases

766048.1  TMB  851080-00001  12/4/11



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   June 1, 2012

Certified Document Number:   50721602 Total Pages:  4

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**