20

Attached is a copy of __PLAINTIFF'S FIRST AMENDED PETITION__

This instrument was filed on the __2nd__ day of __April_____, 20 __12__ above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED;** you may employ an attorney. If you or your attorney do not file a written answer \ District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after served this citation and petition, a default judgment may be taken against you.

## TO OFFICER SERVING:

**This Citation was issued under my hand** and seal of said Court, at Houston, Texas, this __3rd__ day of __April_____, 20 __12__.

Issued at request of:
HARRISON, LAUREN J.
1001 FANNIN SUITE 2450
HOUSTON, TX 77002
Tel: (713) 437-1858
Bar Number:   24025840

*Chris Daniel*
**CHRIS DANIEL, District Clerk**
Harris County, Texas
**201 Caroline, Houston, Texas 77002**
**P.O. Box 4651, Houston, Texas 77210**

Generated by: CHAMBERS, WANDA RENE

### OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the __5__ day of __APRIL_____, 20 __12__, at __4:16__ o'clock __P__.M., e the date of delivery thereon, and executed it at __FAX # 713-987-7120__, _____
                                                              (street address)                    (city)

in __HARRIS__ County, Texas on the __13__ day of __APRIL_____, 20 __12__, at __12:20__ o'clock

by delivering to __NET MASTER HOSTING LLC_____, by deliveri
ATT:
          (the defendant corporation named in citation)
__KYLE C HERBERT__, ~~in person~~ VIA FAX, whose name is __KYLE C HERBERT__
(registered agent, president, or vice-president)

a true copy of this citation, with a copy of the __1ST AMENDED_____ Petition at
                                                (description of petition, e.g., "Plaintiffs Original")

and with accompanying copies of __NONE_____
                                (additional documents, if any, delivered with the petition)

I certify that the facts stated in this return are true by my signature below on the __13__ day of __APRIL__, 2(

FEE: $ __45__                                      By: _____
                                                        (signature of officer)

                                                    Printed Name: _____
                                      EXP 7/31/14
                                                    As Deputy for: _____
Affiant Other Than Officer
ANDREW C MANGER SCH 821                              (printed name & title of sheriff or constable)

On this day, __ANDREW C MANGER__, known to me to be the person whose signatur appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this __13__ day of __APRIL_____, 20 __<u>__

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

N.INT.CITC.P

**FILED**
Chris Daniel
District Clerk
APR 1 6 2012

Time: _____
       Harris County, Texas
By _____

Notary Public

PAM BLACK
Notary Public, State of Texas
My Commission Expires
March 21, 2015

Certified Document Number: 51973311 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   June 1, 2012

Certified Document Number:        51973311 Total Pages:  1

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**