22

Filed 12 May 15 A10:51
Chris Daniel - District Clerk
Harris County
ED101J016879825
By: Wanda Chambers

## DEPOSITION SUBPOENA TO TESTIFY OR PRODUCE DOCUMENTS OR THINGS

### THE STATE OF TEXAS

To any Sheriff or Constable of the State of Texas or other person authorized to serve subpoenas under RULE 176 OF TEXAS RULES OF CIVIL PROCEDURE. - GREETINGS -

You are hereby commanded to subpoena and summon the following witness(es):
Custodian of Records for:
    Weycer Kaplan Pulaski & Zuber, PC
    11 Greenway Plaza, Suite 1400
    Houston, TX 77046 Tel: 713-961-9045
to produce before a Notary Public of my designation for
    Henjum Goucher Reporting Services, L.P. d/b/a HG Litigation
    2501 Oak Lawn Avenue, Suite 600, Dallas, TX 75219
or its designated agent, on or before 05/16/2012 at the office of the custodian and there under oath to make answers of certain written questions to be propounded to the witness and to bring and produce for inspection and photocopying ** SEE ATTACHMENT "A" ** and any other such record in the possession, custody or control of the said witness, and every such record to which the witness may have access, at any and all times whatsoever, then and there to give evidence at the instance of the Plaintiff, FUNimation Entertainment, represented by Lauren J. Harrison, Attorney of Record, in that Certain Cause No. 2011-67220, pending on the docket of the 151st Judicial District Court of Harris County, Texas.

This Subpoena is issued under and by virtue of Rule 200, Texas Rules of Civil Procedure, and Notice of Deposition Upon Written Questions on file with the above named court, styled
    FUNimation Entertainment

        Plaintiff,

v.

    A.D. Vision, Inc., John Robert
    Ledford II, AEsir Holdings, LLC,
    Sxion 23, LLC, Seraphim Studios,
    LLC, Sentai Filmworks, LLC,
    Sentai Holdings, LLC, Valkyrie Media
    Partners, LLC, and Unio Mystica
    Holdings, LLC f/k/a Uniomystica,
    LLC d/b/a Switchblade Pictures,



        Defendants.

and there remain from day to day and time to time until discharged according to law.

**WITNESS MY HAND**, this 26th day of April, 2012.

                                                        NOTARY PUBLIC

176.8 Enforcement of Subpoena. (a) *Contempt*. Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena is issued or a district court in the county in which the subpoena is served, and may be punished by fine or confinement, or both.

### OFFICER'S RETURN

Came to hand this _____ day of _____, 20____, at _____.m. and executed this the ____ day of _____, 20____, at _____ m. in the following manner: By delivering to the witness _____, a true copy hereof. _____
                                                                                                  SIGNATURE of WITNESS
Returned this _____ day of _____, 20____.

_____
                                                                                      PROCESS SERVER

11674.002

Certified Document Number: 52218904 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   June 1, 2012

Certified Document Number:        52218904 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**