IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FUNimation ENTERTAINMENT,<br>*Plaintiff*<br><br>v.<br><br>A.D. VISION, INC., JOHN ROBERT LEDFORD II, AESIR HOLDINGS L.L.C., SXION 23 L.L.C., SERAPHIM STUDIOS, L.L.C., VALKYRIE MEDIA PARTNERS, L.L.C.SENTAI FILMWORKS, L.L.C., SENTAI HOLDINGS, L.L.C., and UNIO MYSTICA HOLDINGS, L.L.C., f/k/a UNIOMYSTICA, L.L.C. d/b/a SWITCHBLADE PICTURES,<br>*Defendants.*<br><br>A.D. VISION, INC.<br>*Third-party Plaintiff,*<br><br>v.<br><br>FUNIMATION PRODUCTIONS, LTD., ANIMEOLINE, LTD., FUNIMATION GP, LLC, FUNIMATION LP, LLC, FUNIMATION HOLDINGS, LLC, ANIME HOLDINGS, LLC, FUNIMATION LP, LLC and GEN FUKUNAGA,<br>*Third-party Defendants.* | CIVIL ACTION NO._____<br><br><br>JURY DEMAND |

**APPENDIX A**

| 1 | 06/09/2012 | Court | Docket Sheet |
|---|---|---|---|
| 2 | 11/04/2011 | Plaintiff | Plaintiff's Original Petition |
| 3 | 11/08/2011 | Process Server | Affidavit of Service on A.D. Vision, Inc. c/o Registered Agent |
| 4 | 11/08/2011 | Process Server | Affidavit of Service on Sxion 23 LLC c/o Registered Agent |

{HD035861.1}                                          1

| 5 | 11/08/2011 | Process Server | Affidavit of Service on Sentai Holdings c/o Registered Agent Ledford at residence |
|---|---|---|---|
| 6 | 11/08/2011 | Process Server | Affidavit of Service on Sentai Holdings c/o Attorney Thomas Michael Ballases |
| 7 | 11/08/2011 | Process Server | Affidavit of Service on Valkyrie Media Partners c/o Registered Agent |
| 8 | 11/08/2011 | Process Server | Affidavit of Service on Sentai Filmworks c/o Registered Agent |
| 9 | 11/08/2011 | Process Server | Affidavit of Service on Seraphim Studios c/o Registered Agent |
| 10 | 11/08/2011 | Process Server | Affidavit of Service on Aesir Holdings c/o Registered Agent |
| 11 | 11/08/2011 | Process Server | Affidavit of Service on Sentai Filmworks c/o Registered Agent |
| 12 | 11/08/2011 | Process Server | Affidavit of Service on John Ledford c/o Attorney Thomas Michael Ballases |
| 13 | 12/05/2011 | A.D. Vision<br>John Ledford | A.D. Vision's and Ledford's Original Answer |
| 14 | 12/15/2011 | Court | Docket Control Order dated 12/15/2011 |
| 15 | 12/23/2011 | Aesir Holdings LLC; Sxion 23 LLC; Valkyrie Media Partners LLC; Seraphim Studios LLC; Sentai Filmworks LLC; Sentai Holdings LLC; Unio Mystica Holdings, LLC f/k/a Uniomystica LLC d/b/a Switchblade Pictures | Original Answer, Special Exceptions, Counterclaim and Request for Disclosures |

| 16 | 02/09/2012 | All Parties | Rule 11 Agreement dated February 9, 2012 |
|----|-----------|-------------|-------------------------------------------|
| 17 | 03/01/2012 | All Parties | Agreed Protective Order |
| 18 | 05/15/2012 | Court | Signed Order on Motion for Protective Order |
| 19 | 04/02/2012 | Plaintiff | Plaintiff's First Amended Petition |
| 20 | 04/13/2012 | Process Server | Officer's Return; Net Master Hosting, LLC |
| 21 | 04/20/2012 | Plaintiff | Motion to Dismiss Counterclaim and to Strike Affirmative Defenses, With Supporting Memorandum |
| 22 | 04/26/2012 | Plaintiff | Deposition Subpoena; Weycer Kaplan Pulaski & Zuber, P.C. |
| 23 | 04/27/2012 | Process Server | Officer's Return |
| 24 | 04/26/2012 | Plaintiff | Deposition Subpoena; Edward L. Rothberg, Esq./Hoover Slovacek, LLP |
| 25 | 04/27/2012 | Process Server | Officer's Return |
| 26 | 05/08/2012 | A.D. Vision John Ledford | Notice of Appearance and Designation of Attorney in Charge |
| 27 | 05/08/2012 | A.D. Vision John Ledford | Amended Answer, Original Counterclaim, and Third-Party Claim |
| 28 | 05/12/2012 | A.D. Vision John Ledford | Rule 11 Agreement dated May 12, 2012 |
| 29 | 05/18/2012 | A.D. Vision John Ledford | Response to Plaintiff's Motion to Dismiss Counterclaim and to Strike Affirmative Defenses |

| 30 | 05/18/2012 | Aesir Holdings LLC;<br>Sxion 23 LLC;<br>Valkyrie Media Partners LLC;<br>Seraphim Studios LLC;<br>Sentai Filmworks LLC;<br>Sentai Holdings LLC;<br>Unio Mystica Holdings, LLC f/k/a Uniomystica LLC d/b/a Switchblade Pictures;<br>Net Master Hostings LLC | Response to Plaintiff's Motion to Strike |
| 31 | 05/18/2012 | A.D. Vision<br>John Ledford | Supplemental Answer |
| 32 | 05/25/2012 | A.D. Vision<br>John Ledford | Unopposed Motion to Withdraw as Counsel |
| 34 | 06/01/2012 | Court | Amended Agreed Protective Order |
| 34 | 06/04/2012 | Plaintiff | Answer to A.D. Vision and John Ledford's Original Counterclaim and Third Party Defendants Answer to A.D. Vision and John Ledford's Third Party Claims |
| 35 | 6/06/12 | Court | Order Granting Motion to Withdraw Counsel |
| 36 | 6/08/12 | Defendants<br>Aesir Holdings, LLC;<br>Sxion 23, L.L.C.; Valkyrie Media Partners, L.L.C.;<br>Seraphim Studios, L.L.C.;<br>Sentai Filmworks, L.L.C.;<br>Sentai Holdings, L.L.C.,<br>Unio Mystica Holdings, L.L.C. f/.k/a UnioMystica L.L.C. d/b/a Swithbalde Pictures and Net Master Hostings, LLC | First Amended Original Answer |