25

Filed 12 May 15 A10:34
Chris Daniel - District Clerk
Harris County
ED101J016879758
By: Wanda Chambers

CAUSE NO.: **2011-67220**

| | | |
|---|---|---|
| FUNINMATION ENTERTAINMENT, | § § § | IN THE DISTRICT COURT |
| VS. | § § § § | 151ST JUDICIAL DISTRICT |
| A.D. VISION, INC.; ET AL | § § § | HARRIS COUNTY TEXAS |

## RETURN

Came to hand on **APRIL 26, 2012 @ 4:25 PM** and executed on **APRIL 26, 2012 @ 5:25 PM** at **5847 SAN FELIPE, SUITE 2200, HOUSTON, TX 77057** in **HARRIS** County, by delivering to the within named **EDWARD L. ROTHBERG, ESQ @ HOOVER SLOVACEK, LLP, C/O MAZELLE KRASOFF, ATTORNEY FOR HOOVER SLOVACEK**, in person, a true copy of the Deposition Subpoena To Testify Or Produce Documents Or Things, Cover Page With Attachment A, Direct Questions To Be Propounded To The Witness and Notice Of Intention To Take Deposition By Written Questions and endorsed on such copies the date of delivery.

I am over the age of 18 and not a party to nor interested in the outcome of the above numbered suit. I am authorized by the Supreme Court of Texas to service citations and other notices.

_____
Authorized Person: SCH1192 EXP 7-31-2014

STATE OF TEXAS   }

## VERIFICATION

Before me, a notary public, on this day personally appeared the above named Authorized Person, known to me whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct. Given under my hand and seal of office on this the 27th day of APRIL, 2012.



_____
Notary Public Signature



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   June 1, 2012

Certified Document Number:      52218893 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**