IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| FUNimation ENTERTAINMENT,<br>    *Plaintiff*<br><br>v.<br><br>A.D. VISION, INC., JOHN ROBERT LEDFORD II, AESIR HOLDINGS L.L.C., SXION 23 L.L.C., SERAPHIM STUDIOS, L.L.C., VALKYRIE MEDIA PARTNERS, L.L.C.SENTAI FILMWORKS, L.L.C., SENTAI HOLDINGS, L.L.C., and UNIO MYSTICA HOLDINGS, L.L.C., f/k/a UNIOMYSTICA, L.L.C. d/b/a SWITCHBLADE PICTURES,<br>    *Defendants.*<br><br>A.D. VISION, INC.<br>    *Third-party Plaintiff,*<br><br>v.<br><br>FUNIMATION PRODUCTIONS, LTD., ANIMEOLINE, LTD., FUNIMATION GP, LLC, FUNIMATION LP, LLC, FUNIMATION HOLDINGS, LLC, ANIME HOLDINGS, LLC, FUNIMATION LP, LLC and GEN FUKUNAGA,<br>    *Third-party Defendants.* | CIVIL ACTION NO._____<br><br>JURY DEMAND |

## **APPENDIX B**

1.    **Attorneys for Defendant in Counterclaim and Original Plaintiff FUNimation Entertainment**

    *and*

    **Attorneys for Third-Party Defendants, FUNimation Productions, Ltd., Anime Holdings, LLC, FUNimation GP, LLC, FUNimation LP, LLC, FUNimation Holdings, LLC, and Gen Fukunaga:**

>Lauren J. Harrison
>Attorney-in-Charge
>Rebecca L. Clausen
>*Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P.*
>1001 Fannin Street, Suite 2450
>Houston, Texas 77002
>Email: lharrison@joneswalker.com
>Email: rclausen@jonewalker.com
>713.437.1800
>713.437.1810 (fax)

2. **Attorneys for Third-Party Plaintiff and Original Defendant, A.D. Vision, Inc.**

   *and*

   **Attorneys for Plaintiff in Counterclaim and Original Defendant John Robert Ledford, II:**

   >Chris Lacy
   >Attorney-in-Charge
   >Jamie Aycock
   >Lauren Reeder
   >*Ahmed, Zavitsanos, Anaipakos, Alavi & Mensing, P.C.*
   >1220 McKinney, Suite 3460
   >Houston, Texas 77010
   >Email: clacy@azlaw.com
   >Email: jaycock@azalaw.com
   >Email: lreeder@azalaw.com
   >713.600.4921
   >713.655.0062 (fax)

3. Attorneys for Original Defendants, AEsir Holdings, L.L.C., Sxion 23, L.L.C., Valkyrie Media Partners, L.L.C., Seraphim Studios, L.L.C., Sentai Filmworks, L.L.C., Sentai Holdings, L.L.C., Unio Mystica Holdings, L.L.C., f/k/a Uniomystica, L.L.C., d/b/a Switchblade Pictures, and Net Master Hosting, L.L.C.:

>Kyle C. Hebert
>Attorney-in-Charge
>Shane McClelland
>*Simon, Hebert, McClelland & Stiles, LLP*
>3411 Richmond Avenue, Suite 400
>Houston, Texas 77046
>Email: khebert@shmsfirm.com
>713.987.7100
>713.987.7120 (fax)