UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

A.D. Vision, Inc.

v.

A.D. Vision, Inc., et al.

Case No.: 4:12–cv–01736
Judge Keith P Ellison

Defendant

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Keith P Ellison

**PLACE:**
Courtroom 3A Houston
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 9/19/12

**TIME:** 01:45 PM

**TYPE OF PROCEEDING:** Initial Conference

Date:   June 27, 2012

David J. Bradley, Clerk