IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FUNIMATION ENTERTAINMENT,<br>    *Plaintiff*,<br><br>v.<br><br>A.D. VISION, INC., JOHN ROBERT LEDFORD II, AEsir HOLDINGS L.L.C., SXION 23, L.L.C., VALKYRIE MEDIA PARTNERS, L.L.C., SERAPHIM STUDIOS, L.L.C., SENTAI FILMWORKS, L.L.C., SENTAI HOLDINGS, L.L.C., and UNIO MYSTICA HOLDINGS, L.L.C. f/k/a UNIOMYSTICA, L.L.C. d/b/a SWITCHBLADE PICTURES,<br>    *Defendants*.<br><br>A.D. VISION, INC.<br>    *Third-party Plaintiff*,<br><br>v.<br><br>FUNIMATION PRODUCTIONS, LTD., ANIMEONLINE, LTD., FUNIMATION GP, LLC, FUNIMATION LP, LLC, FUNIMATION HOLDINGS, LLC, ANIME HOLDINGS, LLC, FUNIMATION LP, LLC, and GEN FUKUNAGA,<br>    *Third-party defendants*. | Civil Action No: 4:12-cv-01736 |

**DEFENDANTS, AESIR HOLDINGS L.L.C., SXION 23, L.L.C., VALKYRIE MEDIA PARTNERS, L.L.C., SERAPHIM STUDIOS, L.L.C., SENTAI FILMWORKS, L.L.C, SENTAI HOLDINGS, L.L.C., UNIO MYSTICA HOLDINGS, L.L.C., f/k/a UNIOMYSTICA, L.L.C. d/b/a SWITCHBLADE PICTURES and NET MASTER HOSTING, LLC'S**

**CERTIFICATE OF INTERESTED PARTIES**

Defendants, AESIR HOLDINGS L.L.C., SXION 23, L.L.C., VALKYRIE MEDIA PARTNERS, L.L.C., SERAPHIM STUDIOS, L.L.C., SENTAI FILMWORKS, L.L.C, SENTAI

HOLDINGS, L.L.C., and UNIO MYSTICA HOLDINGS, L.L.C., f/k/a UNIOMYSTICA, L.L.C. d/b/a SWITCHBLADE PICTURES and NET MASTER HOSTING, LLC, hereinafter, "Defendants", submit this Certificate of Interested Parties and states that the following persons and entities are financially interested in the outcome of this litigation:

1. AESIR HOLDINGS L.L.C.

2. SXION 23, L.L.C.

3. VALKYRIE MEDIA PARTNERS, L.L.C.

4. SERAPHIM STUDIOS, L.L.C.

5. SENTAI FILMWORKS, L.L.C

6. SENTAI HOLDINGS, L.L.C.

7. UNIO MYSTICA HOLDINGS, L.L.C., f/k/a UNIOMYSTICA, L.L.C. d/b/a SWITCHBLADE PICTURES

8. NET MASTER HOSTING, L.L.C.

        Respectfully submitted,

        SIMON HERBERT MCCLELLAND & STILES, LLP

        /S/Kyle C. Herbert
        Kyle C. Herbert
        State Bar No. 24043724
        Southern District of Texas No. 589113
        Attorney-in-Charge
        3411 Richmond Ave., Suite 400
        Houston, Texas 77046
        Phone (713) 987-7100
        Fax (713) 987-7120
        KHERBERT@SHMSFIRM.COM

OF COUNSEL
Shane A. McClelland
State Bar No. 24046383
Southern District of Texas No. 642324
SMCCLELLAND@SHMSFIRM.COM
SIMON HERBERT MCCLELLAND & STILES, LLP

- 3 -

**ATTORNEYS FOR DEFENDANTS, DEFENDANTS, AESIR HOLDINGS L.L.C., SXION 23, L.L.C., VALKYRIE MEDIA PARTNERS, L.L.C., SERAPHIM STUDIOS, L.L.C., SENTAI FILMWORKS, L.L.C, SENTAI HOLDINGS, L.L.C., and UNIO MYSTICA HOLDINGS, L.L.C., f/k/a UNIOMYSTICA, L.L.C. d/b/a SWITCHBLADE PICTURES and NET MASTER HOSTING, LLC**

## **CERTIFICATE OF SERVICE**

     I certify that on June 27, 2012 a true and correct copy of the foregoing document was served on opposing counsel via facsimile and filed via the Court's CM/ECF system, which generates an electronic service copy automatically to all counsel of record, including:

| | |
|---|---|
| Ms. Lauren J. Harrison | Mr. Chris Lacy |
| Jones Walker | Mr. Jamie Aycock |
| 1001 Fannin St., Suite 2450 | Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing, P.C. |
| Houston, TX  77002 | 1221 McKinney, Suite 3460 |
| Facsimile: (713) 437-1810 | Houston, TX 77010 |
| | Facsimile: (713) 655-0062 |

                                                /S/Kyle C. Herbert
                                                Kyle C. Herbert