IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FUNIMATION ENTERTAINMENT,<br>   *Plaintiff*,<br><br>v.<br><br>A.D. VISION, INC., JOHN ROBERT LEDFORD II, AEsir HOLDINGS L.L.C., SXION 23, L.L.C., VALKYRIE MEDIA PARTNERS, L.L.C., SERAPHIM STUDIOS, L.L.C., SENTAI FILMWORKS, L.L.C., SENTAI HOLDINGS, L.L.C., and UNIO MYSTICA HOLDINGS, L.L.C. f/k/a UNIOMYSTICA, L.L.C. d/b/a SWITCHBLADE PICTURES,<br>   *Defendants*.<br><br>A.D. VISION, INC.<br>   *Third-party Plaintiff*,<br><br>v.<br><br>FUNIMATION PRODUCTIONS, LTD., ANIMEONLINE, LTD., FUNIMATION GP, LLC, FUNIMATION LP, LLC, FUNIMATION HOLDINGS, LLC, ANIME HOLDINGS, LLC, FUNIMATION LP, LLC, and GEN FUKUNAGA,<br>   *Third-party defendants*. | §§§§§§§§§§§§§§§§§§§§§§§§§§§§ | Civil Action No: 4:12-cv-01736 |

### **A.D. VISION, INC. AND JOHN LEDFORD'S**
### **CERTIFICATE OF INTERESTED PARTIES**

    A.D. Vision, Inc. and John Ledford submit this Certificate of Interested Parties and states that the following persons and entities are financially interested in the outcome of this litigation:

    1.    A.D. Vision, Inc.

    2.    John Robert Ledford, II

                                                    Respectfully submitted,

By:  /s/ Chris Lacy
        _____

Chris Lacy
Texas Bar No. 24046258
Southern District of Texas No. 578680
clacy@azalaw.com
1221 McKinney, Suite 3460
Houston, Texas  77010
(713) 600-4921
(713) 655-0062 – Fax

**ATTORNEYS FOR A.D. VISION, INC.**
**and JOHN ROBERT LEDFORD, II**

**OF COUNSEL:**

**AHMAD, ZAVITSANOS, ANAIPAKOS,**
**ALAVI & MENSING, P.C.**
Lauren Reeder
Texas Bar No. 24070568
Southern District of Texas No. 1098793
lreeder@azalaw.com

## CERTIFICATE OF SERVICE

A copy of the foregoing was served on all counsel of record, as shown below, on June 27, 2012, via ecf electronic mail as follows.

| | |
|---|---|
| Lauren J. Harrison | Kyle C. Herbert |
| JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE | Shane A. McClelland |
| | SIMON, HERBERT, MCCLELLAND & STILES, LLP |
| First City Tower | |
| 1001 Fannin, Suite 2450 | 3411 Richmond Ave., Suite 400 |
| Houston, Texas 77002 | Houston, Texas 77046 |
| E-Mail: lharrison@joneswalker.com | E-Mail: kherbert@shmsfirm.com |
| Facsimile: (713) 437.1810 | Facsimile: (713) 987-7106 |

                                                /s/ Chris Lacy
                                                _____

                                                Chris Lacy

                                                4845-6217-6528, v. 1