IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FUNimation ENTERTAINMENT,<br>    *Plaintiff*<br><br>v.<br><br>A.D. VISION, INC., JOHN ROBERT LEDFORD II, AESIR HOLDINGS L.L.C., SXION 23 L.L.C., SERAPHIM STUDIOS, L.L.C., VALKYRIE MEDIA PARTNERS, L.L.C.SENTAI FILMWORKS, L.L.C., SENTAI HOLDINGS, L.L.C., and UNIO MYSTICA HOLDINGS, L.L.C., f/k/a UNIOMYSTICA, L.L.C. d/b/a SWITCHBLADE PICTURES,<br>    *Defendants.*<br><br>A.D. VISION, INC.<br>    *Third-party Plaintiff*,<br><br>v.<br><br>FUNIMATION PRODUCTIONS, LTD., ANIMEONLINE, LTD., FUNIMATION GP, LLC, FUNIMATION LP, LLC, FUNIMATION HOLDINGS, LLC, ANIME HOLDINGS, LLC, FUNIMATION LP, LLC and GEN FUKUNAGA,<br>    *Third-party Defendants*. | CIVIL ACTION NO. 4:12-cv-1736<br><br>JURY DEMAND |

## CERTIFICATE OF INTERESTED PARTIES

      FUNimation Entertainment, Plaintiff/Third-Party Defendant/Counter Defendant in the above-captioned matter, certifies that the following is a list of persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, and/or other entities that are financially interested in the outcome of this litigation:

1. FUNimation Entertainment
   *Plaintiff/Counter-Defendant*

2. FUNimation Productions, Ltd.
   *Third-Party Defendant*

3. Anime OnLine, Ltd.
   *Third-Party Defendant*

4. FUNimation GP, LLC
   *Third-Party Defendant*

5. FUNimation LP, LLC
   *Third-Party Defendant*

6. FUNimation Holdings, LLC
   *Third-Party Defendant*

7. Anime LP Holdings, LLC
   *Third-Party Defendant*

8. Gen Fukunaga
   *Third-Party Defendant*

9. A.D. Vision, Inc.
   *Defendant/Third-Party Plaintiff/Counter Plaintiff*

10. John Robert Ledford II
    *Defendant/Third-Party Plaintiff/Counter Plaintiff*

11. AEsir Holdings, LLC
    *Defendant*

12. Sxion 23, LLC
    *Defendant*

13. Valkyrie Media Partners, LLC
    *Defendant*

14. Seraphim Studios, LLC
    *Defendant*

15. Sentai Filmworks, LLC
    *Defendant*

16. Sentai Holdings, LLC
    *Defendant*

17. Unio Mystica Holdings, LLC f/k/a Uniomystica, LLC d/b/a Switchblade Pictures
    *Defendant*

18. Lauren J. Harrison
    Rebecca L. Clausen
    JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE, L.L.P.
    *Attorneys for Plaintiff FUNimation Entertainment and Third-Party Defendants FUNimation Productions, Ltd., Anime Online, Ltd., FUNimation GP, LLC; FUNimation LP, LLC, FUNimation Holdings, LLC; Anime Holdings, LLC; and Gen Fukunaga*

19. Kyle Herbert
    Shane McClelland
    *Attorneys for Defendants AEsir Holdings, LLC; Sxion 23, LLc; Valkyrie Media Partners, LLC; Seraphim Studios, LLC; Sentai Filmworks, LLC; Sentai Holdings, LLC; and Unio Mystica Holdings, LLC f/k/a Uniomystica, LLC d/b/a Switchblade Pictures*

20. Chris Lacy
    Jamie Aycock
    Lauren Reeder
    AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING, P.C.
    *Attorneys for Defendants/Third-Party Plaintiffs/Counter Plaintiffs A.D. Vision and John Robert Ledford II*

       Respectfully submitted,

By:  */s/ Lauren J. Harrison*
   **LAUREN J. HARRISON**
   Attorney-in-Charge
   Fed. Id. No. 30232
   State Bar No. 24025840
   **REBECCA CLAUSEN**
   State Bar No. 24039453
   Fed. Id. No. 36308
   1001 Fannin, Suite 2450
   Houston, Texas   77046
   713.437.1800
   713.437.1810 (facsimile)
   Email: lharrison@joneswalker.com
   Email: rclausen@joneswalker.com

OF COUNSEL:
**JONES, WALKER, WAECHTER,
POITEVENT, CARRERE & DENEGRE**

   **ATTORNEYS FOR PLAINTIFF
   FUNIMATION ENTERTAINMENT AND
   THIRD-PARTY DEFENDANTS
   FUNIMATION PRODUCTIONS, LTD.,
   ANIMEONLINE, LTD., FUNIMATION GP,
   LLC, FUNIMATION LP, LLC, FUNIMATION
   HOLDINGS, LLC, ANIME HOLDINGS, LLC,
   and GEN FUKUNAGA**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all known counsel of record listed below via CM/ECF in accordance with the Federal Rules of Civil Procedure on this the 28th day of June, 2012.

Mr. Kyle C. Herbert
Mr. Shane A. McClelland
SIMON, HERBERT, McCLELLAND
 & STILES, LLP
3411 Richmond Avenue, Suite 400
Houston, Texas   77046
*Attorneys for Defendants Aesir Holdings, L.L.C.,*
*Sxion 23, L.L.C., Valkyrie Media Partners, L.L.C.,*
*Seraphim Studios, L.L.C., Sentai Filmworks,*
*L.L.C., and Unio Mystica Holdings, L.L.C.*
*f/k/a UnioMystica, L.L.C. d/b/a*
*Switchblade Pictures*

Mr. Chris Lacy
Ms. Jamie Aycock
Ms. Lauren Reeder
AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI
 & MENSING, P.C.
1221 McKinney, Suite 3460
Houston, Texas   77010
*Attorneys for Defendants/Third-Party*
*Plaintiffs/Counter Plaintiffs A.D. Vision, Inc.*
*and John Robert Ledford II*

>                               */s/ Lauren J. Harrison*
>                               **LAUREN J. HARRISON**