IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FUNIMATION ENTERTAINMENT, §<br>    *Plaintiff*, §<br>§<br>v. §<br>§<br>A.D. VISION, INC., JOHN ROBERT §<br>LEDFORD II, AEsir HOLDINGS L.L.C., §<br>SXION 23, L.L.C., VALKYRIE MEDIA §<br>PARTNERS, L.L.C., SERAPHIM §<br>STUDIOS, L.L.C., SENTAI §<br>FILMWORKS, L.L.C., §<br>SENTAI HOLDINGS, L.L.C., and §<br>UNIO MYSTICA HOLDINGS, L.L.C. §<br>f/k/a UNIOMYSTICA, L.L.C. d/b/a §<br>SWITCHBLADE PICTURES, §<br>    *Defendants*. §<br>§<br>A.D. VISION, INC. §<br>    *Third-party Plaintiff*, §<br>§<br>v. §<br>§<br>FUNIMATION PRODUCTIONS, LTD., §<br>ANIMEONLINE, LTD., FUNIMATION §<br>GP, LLC, FUNIMATION LP, LLC, §<br>FUNIMATION HOLDINGS, LLC, ANIME §<br>HOLDINGS, LLC, FUNIMATION LP, §<br>LLC, and GEN FUKUNAGA, §<br>    *Third-party defendants*. § | Civil Action No: 4:12-cv-01736 |

**INDEX OF EXHIBITS TO AD VISION, INC. AND JOHN LEDFORD'S 12(B)(1) MOTION TO DISMISS**

| Exhibit | Description |
|---|---|
| A | May 18, 2006 Strategic Alliance and Content Acquisition Facility Agreement between ARM and ADV (ADV001748 – ADV001770) |
| B | December 11, 2007 Resignation Letters from Nario Hada, Kazuo Ootsuki, and Shinji Ueda to J. Ledford |

| Exhibit | Description |
|---|---|
| C | May 18, 2006 Security Agreement between ADV and ARM (HW_00016917 – HW_00016938) |
| D | September 25, 2006 Multiple Rights License Agreement between Toshiba Entertainment and ARM together with ADV (ADV001228 – ADV001244) |
| E | December 26, 2007 Letter from Hunton & Williams to A.D. Vision and Christopher Brown (HW_00016952 – HW_00016958) |
| F | September, 2007 Rescheduling Agreement between ADV and ARM (HW_00016939 – HW_00016946) |
| G | December 14, 2007 Mutual Non-Disclosure Agreement between FUNimation and ARM (FUN00248 – FUN00249) |
| H | January 14, 2008 Email from Shinji Ueda to Gen Fukunaga, et. al. (FUN03865 – FUN03866) |
| I | April 2008 Binding Letter of Intent between ARM and FUNimation (FUN00224 – FUN00226) |
| J | August 15, 2008 Email from Carly Hunter to Maria Fe Sala with attached ARM Catalog Forecast (FUN02202 – FUN02204) |
| K | May 20, 2008 Notification of Disposition of Collateral (HW_00001463 – HW_00001469) |
| L | June 3, 2008 Foreclosure Bill of Sale and Assignment between ADV and ARM (HW_00014690 – HW_00014697) |
| M | June 25, 2008 Assignment Agreement between FUNimation and ARM (FUN02590 – FUN02637) |
| N | July 2, 2008 Letter from ARM to FUNimation (FUN00386 – FUN00388) |
| O | June 25, 2008 First Amendment to Assignment Agreement between FUNimation and ARM (FUN00322 – FUN00325) |
| P | June 2008 Assignment and Bill of Sale between ARM and FUNimation (FUN00379 – FUN00381) |
| Q | April 2, 2012 Plaintiff's First Amended Petition |
| R | August 11, 2008 Email from Phillina Lai to Daryl Robertson (HW_00002400 – HW_00002401) |
| S | January 5, 2009 Notice of Assignment of Claims (ADV003057 – ADV003058 and attached table) |
| T | November 4, 2011 Plaintiff's Original Petition |

4820-2185-5248, v. 1