December 11, 2007

John R. Ledford, II, President
A.D. Vision, Inc.
5750 Bintliff, #210
Houston, Texas 77036-2123

    Re:    Notice of Resignation and Return to Tokyo

Dear Mr. Ledford:

    Please be advised that I do hereby resign from A.D. Vision, Inc. Please also be advised that I will immediately return to Tokyo.

    Sincerely,

    Nario Hada

EXHIBIT B

December 11, 2007

John R. Ledford, II, President
A.D. Vision, Inc.
5750 Bintliff, #210
Houston, Texas 77036-2123

  Re: **Resignation from Board of Directors of A.D. Vision, Inc.**

Dear Mr. Ledford:

  Please be advised that I do hereby resign from the Board of Directors of A.D. Vision, Inc., effective immediately, pursuant to Section 7 of the Bylaws of A.D. Vision, Inc.

                Sincerely,

                Kazuo Ootsuki

December 11, 2007

John R. Ledford, II, President
A.D. Vision, Inc.
5750 Bintliff, #210
Houston, Texas  77036-2123

    **Re:**    **Return to Tokyo**

Dear Mr. Ledford:

    Please be advised that I will not be reporting for work to A.D. Vision, Inc. any more.  I will return to Tokyo immediately.

    Sincerely,

    Shinji Ueda