IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FUNIMATION ENTERTAINMENT,<br> *Plaintiff*,<br><br>v.<br><br>A.D. VISION, INC., JOHN ROBERT LEDFORD II, AEsir HOLDINGS L.L.C., SXION 23, L.L.C., VALKYRIE MEDIA PARTNERS, L.L.C., SERAPHIM STUDIOS, L.L.C., SENTAI FILMWORKS, L.L.C., SENTAI HOLDINGS, L.L.C., and UNIO MYSTICA HOLDINGS, L.L.C. f/k/a UNIOMYSTICA, L.L.C. d/b/a SWITCHBLADE PICTURES,<br> *Defendants.*<br><br>A.D. VISION, INC.<br> *Third-party Plaintiff*,<br><br>v.<br><br>FUNIMATION PRODUCTIONS, LTD., ANIMEONLINE, LTD., FUNIMATION GP, LLC, FUNIMATION LP, LLC, FUNIMATION HOLDINGS, LLC, ANIME HOLDINGS, LLC, FUNIMATION LP, LLC, and GEN FUKUNAGA,<br> *Third-party defendants*. | §§§§§§§§§§§§§§§§§§§§§§§§§§§§§ | Civil Action No: 4:12-cv-01736 |

**ORDER GRANTING AD VISION, INC. AND JOHN LEDFORD'S 12(B)(1) MOTION TO DISMISS**

 The Court has considered AD Vision, Inc. and John Ledford's 12(b)(1) Motion to Dismiss and finds that it should be and hereby is GRANTED.  It is therefore

ORDERED that all claims asserted by Funimation Entertainment in this case are hereby dismissed with prejudice.

     SO ORDERED ON THIS \_\_\_\_ day of _____, 2012.

                                                                                 JUDGE PRESIDING

4818-1757-9536, v. 1