IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FUNimation ENTERTAINMENT,<br>　　　*Plaintiff*<br>v.<br><br>A.D. VISION, INC., JOHN ROBERT LEDFORD II, AESIR HOLDINGS L.L.C., SXION 23 L.L.C., SERAPHIM STUDIOS, L.L.C., VALKYRIE MEDIA PARTNERS, L.L.C., SENTAI FILMWORKS, L.L.C., SENTAI HOLDINGS, L.L.C., and UNIO MYSTICA HOLDINGS, L.L.C., f/k/a UNIOMYSTICA, L.L.C. d/b/a SWITCHBLADE PICTURES,<br>　　　*Defendants.*<br><br>A.D. VISION, INC.<br>　　　*Third-party Plaintiff*,<br><br>v.<br><br>FUNIMATION PRODUCTIONS, LTD., ANIMEONLINE, LTD., FUNIMATION GP, LLC, FUNIMATION LP, LLC, FUNIMATION HOLDINGS, LLC, ANIME HOLDINGS, LLC, and GEN FUKUNAGA,<br>　　　*Third-party Defendants*. | CIVIL ACTION NO. 4:12-cv-01736<br><br>JURY DEMAND |

**ORDER DENYING**
**A.D. VISION AND JOHN LEDFORD'S 12(b)(1) MOTION TO DISMISS**

After consideration of A.D. Vision and John Ledford's 12(B)(1) Motion to Dismiss and the Response, the Court is of the opinion that A.D. Vision and John Ledford's 12(b)(1) Motion to Dismiss is without merit and is DENIED in its entirety.

SIGNED THIS ___ day of _____, 2012.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　THE HONORABLE KEITH P. ELLISON

{HD038943.1}