<u>**AFFIDAVIT OF SCOTT MATNEY**</u>

**STATE OF TEXAS**

**COUNTY OF HARRIS**

BEFORE ME, the undersigned Notary Public, on this day personally appeared Scott Matney, who by me duly sworn, did state as follows:

1. I am Scott Matney. I am a licensed attorney in the State of Texas in good standing. I have never been convicted of a felony. I am over the age of 18 years, of sound mind and memory, and am otherwise competent and authorized to make this Affidavit. I have personal knowledge of the facts contained in this Affidavit, and each such fact is true and correct to the best of my knowledge, information and belief.

2. I was one of the attorneys that represented defendant ARM Corporation ("ARM") in 2008 litigation between A.D. Vision and ARM Corporation, bearing Cause Number 2008-23026, entitled *A.D. Vision, Inc. v. ARM Corporation, et al*, which was held in the 234th Judicial District Court of Harris County, Texas (the "litigation").

3. Due in part to matters arising in that litigation, a public foreclosure sale of certain collateral securing A.D. Vision's ("ADV") debt to ARM was held on June 3, 2008. The sale was held at the date, time and place as specified in the Houston Chronicle and Houston Press dated May 22, 2008.

4. I personally attended the June 3, 2008 public sale. Ed Rothberg, counsel for ADV, the debtor, was also present for the sale.

5. Neither Mr. Rothberg nor any other representative of ADV raised any objection to the procedures or commercial reasonableness of the sale, either at the sale nor subsequently in the above-referenced litigation.

FURTHER, Affiant Sayeth Not.

_____
**SCOTT MATNEY**

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned Notary Public on this 10th day of September, 2012.

_____
Notary Public in and for the State of Texas

My Commission expires:

DEBORAH MONTGOMERY ESPERSEN
Notary Public, State of Texas
My Commission Expires
February 23, 2016

{HD038918.1}