UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

FUNimation Entertainment

    Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　Case No.: 4:12−cv−01736
　　　　　　　　　　　　　　　　　　　　　　Judge Keith P Ellison

A.D. Vision, Inc. , et al.

    Defendant.

## NOTICE REGARDING INITIAL CONFERENCE

    This notice is being issued in connection with the above referenced proceeding. We are currently scheduled for an initial, or scheduling, conference. As a standard practice in this court, we ask that parties try to agree to dates and deadlines and submit them in the form of a proposed scheduling order. If the parties are able to reach an agreement, the Court will dispense with the conference. I am attaching the standard form scheduling order, which can also be downloaded from the court's website: www.txs.uscourts.gov.

    In working through the schedule, please keep in mind that trial is normally scheduled within eighteen months after the case is filed in, or removed to, federal court. Dispositive motions should be filed three months prior to the trial date. In the attached proposed scheduling order, we have included specific due dates for dispositive motions and the joint pretrial order. We have also noted a trial date based on the guidelines stated above.

    If you return the completed scheduling order one week prior to your scheduled hearing, the conference will be cancelled. The order should be e−mailed to my Case Manager, Stephanie Loewe at stephanie_loewe@txs.uscourts.gov. Alternatively, you can fax it to her at 713−250−5503.

    Signed on September 18, 2012, at Houston, Texas.

                              Keith P. Ellison
                              United States District Judge

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

FUNimation Entertainment §
   *Plaintiffs,* §
  §
VS. §   Civil Action 4:12−cv−01736
  §
A.D. Vision, Inc., et al. §
   *Defendants.* §

## SCHEDULING/DOCKETING CONTROL ORDER

Anticipated Length of Trial:_____Days     Jury:_____Non−Jury:_____

1. (a) NEW PARTIES shall be joined by: _____
   The Attorney causing the addition of new parties will provide copies of this Order to new parties.

   . (b) **AMENDMENT to PLEADINGS** by Plaintiff or Counter−Plaintiff shall be filed by: _____

2. EXPERT WITNESSES for the PLAINTIFF will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE: _____

3. EXPERT WITNESSES for the DEFENDANT will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE: _____

4. DISCOVERY must be completed by: _____
   Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

5. DISPOSITIVE AND NON−DISPOSITIVE MOTIONS    7/8/2012
   (except motions *in limine*) will be filed by:    (Due 90 days prior to Trial)

6. JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE*    9/30/2012
   (The Court will fill in this date)    (Due the Monday before trial)

7.   TRIAL will begin at 9:00 a.m.                                    10/7/2012
                                                                                  (15 Months from the date case filed)


_____        _____
Date                                                                  Keith P. Ellison
                                                                      United States District Judge

_____        _____
Date                                                                  Counsel for Plaintiff(s)


_____        _____
Date                                                                  Counsel for Defendant(s)