IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FUNimation ENTERTAINMENT,<br>*Plaintiff*<br><br>v.<br><br>A.D. VISION, INC., JOHN ROBERT LEDFORD II, AESIR HOLDINGS L.L.C., SXION 23 L.L.C., SERAPHIM STUDIOS, L.L.C., VALKYRIE MEDIA PARTNERS, L.L.C.SENTAI FILMWORKS, L.L.C., SENTAI HOLDINGS, L.L.C., and UNIO MYSTICA HOLDINGS, L.L.C., f/k/a UNIOMYSTICA, L.L.C. d/b/a SWITCHBLADE PICTURES,<br>*Defendants.*<br><br>A.D. VISION, INC.<br>*Third-party Plaintiff*,<br><br>v.<br><br>FUNIMATION PRODUCTIONS, LTD., ANIMEONLINE, LTD., FUNIMATION GP, LLC, FUNIMATION LP, LLC, FUNIMATION HOLDINGS, LLC, ANIME HOLDINGS, LLC, FUNIMATION LP, LLC and GEN FUKUNAGA,<br>*Third-party Defendants.* | CIVIL ACTION NO. 4:12-cv-1736<br><br><br>JURY DEMAND |

## SCHEDULING/DOCKET CONTROL ORDER

This Scheduling/Docket Control Order is made subject to and without waiving any party's right to seek a stay of discovery and/or extension of deadlines to permit resolution of potentially dispositive motions.

Anticipated Length of Trial: **10** Days                    Jury: **X**    Non-Jury: _____

1.   NEW PARTIES shall be joined by:                        November 27, 2012
     The Attorney causing the addition of new
     parties will provide copies of this
     Order to new parties.

{HD039351.1}                                    1

2.  EXPERT WITNESSES for any party seeking affirmative relief; (including but not limited to any PLAINTIFF, PLAINTIFF-IN- COUNTERCLAIM, or THIRD PARTY PLAINTIFF); identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it.
    DUE DATE:                                                                 April 8, 2013

3.  EXPERT WITNESSES for all remaining parties; (including but not limited to any DEFENDANT, DEFENDANT-IN-COUNTERCLAIM, or THIRD PARTY DEFENDANT) and will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it.
    DUE DATE:                                                                 May 6, 2013

4.  DISCOVERY must be completed by:                                           July 5, 2013
    Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

5.  DISPOSITIVE AND NON-DISPOSITIVE MOTIONS (except motions *in limine*) will be filed by:
                                                                              August 6, 2013
                                                                              (Due 90 Days Prior to Trial Date)

6.  JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE* (The Court will fill in this date.)
                                                                              October 28, 2013
                                                                              (Due Monday one week before trial.)

7.  TRIAL will begin at 8:30 a.m.                                             November 4, 2013
                                                                              (15 Months from date case if filed.)

_____            _____
Date                                       **Keith P. Ellison**
                                           United States District Judge

_____            _____
Date                                       Lauren J. Harrison, Attorney-in Charge for:

{HD039351.1}                              2

|  |  |
|---|---|
| _____ | FUNimation Productions, Ltd., Anime Holdings, LLC, FUNimation GP, LLC, FUNimation LP, LLC, FUNimation Holdings, LLC, and Gen Fukunaga |
| Date | */s/ Kyle Hebert* <br> **Kyle C. Hebert**, Attorney-in-Charge for: Aesir Holdings, Sxion 23 L.L.C., Seraphim Studios, L.L.C., Valkyrie Media Partners, L.L.C., Sentai Filmworks, L.L.C., Sentai Holdings, L.L.C. and Unio Mystica Holdings, L.L.C., f/k/a Uniomystica, L.L.C. d/b/a Switchblade Pictures |
| _____ | */s/ Chris Lacy* |
| Date | **Chris Lacy**, Attorney-in-Charge for: A.D. Vision, Inc. and John Robert Ledford, II |

{HD039351.1}                                          3