IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FUNimation ENTERTAINMENT,<br>        *Plaintiff*<br>v.<br><br>A.D. VISION, INC., JOHN ROBERT LEDFORD II, AESIR HOLDINGS L.L.C., SXION 23 L.L.C., SERAPHIM STUDIOS, L.L.C., VALKYRIE MEDIA PARTNERS, L.L.C., SENTAI FILMWORKS, L.L.C., SENTAI HOLDINGS, L.L.C., and UNIO MYSTICA HOLDINGS, L.L.C., f/k/a UNIOMYSTICA, L.L.C. d/b/a SWITCHBLADE PICTURES,<br>        *Defendants.*<br><br>A.D. VISION, INC.<br>        *Third-party Plaintiff,*<br><br>v.<br><br>FUNIMATION PRODUCTIONS, LTD., ANIMEONLINE, LTD., FUNIMATION GP, LLC, FUNIMATION LP, LLC, FUNIMATION HOLDINGS, LLC, ANIME HOLDINGS, LLC, and GEN FUKUNAGA,<br>        *Third-party Defendants.* | CIVIL ACTION NO. 4:12-cv-01736<br><br>JURY DEMAND |

## ORDER GRANTING COUNTER- AND CROSS-CLAIM DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMITS

Counter- and Cross-Claim Defendants' Unopposed Motion for Leave to Exceed Page Limits and to Grant Additional Response Time is **GRANTED**.  It is therefore

ORDERED that the Motion to Dismiss filed on October 18, 2012 is accepted and shall be docketed accordingly.  It is further

ORDERED that any response in opposition to the Motion to Dismiss is due November 21, 2012.  The page limit for such response is extended to sixty (60) pages.

{HD040252.1}

Signed in Houston, Texas, this 18 day of ___October___ 2012.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

{HD040252.1}