UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

A.D. Vision, Inc.

                              Plaintiff,

v.                                                Case No.: 4:12−cv−01736
                                                           Judge Keith P Ellison

Funimation Productions, Ltd., et al.

                              Defendant.

TYPE OF CASE:                 Civil

**NOTICE OF SETTING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Keith P Ellison

**PLACE:**
Courtroom 3A
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 11/2/12

**TIME:** 02:30 PM

**TYPE OF PROCEEDING:** Motion Hearing
Motion to Stay − #21

Date:    October 22, 2012

                                                                                David J. Bradley, Clerk