UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

A.D. Vision, Inc.

                                    Plaintiff,

v.                                                          Case No.: 4:12−cv−01736

                                                                 Judge Keith P Ellison

Funimation Productions, Ltd., et al.

                                  Defendant.

TYPE OF CASE:          Civil

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Keith P Ellison

**PLACE:**
Courtroom 3A
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 11/30/12

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Status Conference

Date:    November 6, 2012

                                                                                            David J. Bradley, Clerk