**AO 435** (Rev. 03/08)
*Please Read Instructions:*

**Administrative Office of the United States Courts**

# TRANSCRIPT ORDER

**FOR COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1. NAME: Chris Lacy | 2. PHONE NUMBER: 713 600 4921 | 3. DATE: 11-16-12 |
| 4. MAILING ADDRESS: 1221 McKinney St. Ste. 3460 | 5. CITY: Houston | 6. STATE: TX   7. ZIP CODE: 77010 |
| 8. CASE NUMBER: 4:12-cv-1736 | 9. JUDGE: Keith Ellison | DATES OF PROCEEDINGS  10. FROM: 11-6-12   11. TO: 11-6-12 |
| 12. CASE NAME: Funimation Entertainment v. ADVISION, Inc., et al | | LOCATION OF PROCEEDINGS  13. CITY: Houston   14. STATE: TX |

**15. ORDER FOR**
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☒ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER *(Specify)*

United States District Court
Southern District of Texas
**FILED**
NOV 16 2012
David J. Bradley, Clerk of Court

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) (Motion to Stay Proceedings) | 11-6-12 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☒ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

**ESTIMATE TOTAL**

18. SIGNATURE: [signature]
19. DATE: 11-16-12

☐ EMAIL ONLY REQUIRED
☐ EMAIL AND HARD COPY REQUIRED
☒ EMAIL ADDRESS: tkelly@azalaw.com

**20. TRANSCRIPT TO BE PREPARED BY**
C. Barron

**COURT ADDRESS**

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| DEPOSIT PAID | |
|---|---|
| TOTAL CHARGES | |
| LESS DEPOSIT | |
| TOTAL REFUNDED | |
| TOTAL DUE | |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY