UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

FUNimation Entertainment
      *Plaintiff,*

v.                                                                                       **Civil No. 4:12–cv–01736**

A.D. Vision, Inc., et al.
      *Defendant.*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:  **Motion Hearing**

DATE:   12/10/2012

TIME:   10:30 AM

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE**

**515 RUSK COURTROOM 3–A**

**HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN

ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.

**David J. Bradley, Clerk**

By Deputy Stephanie Loewe                                   Date: December 4, 2012