| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

**HOUSTON DIVISION**

FUNimation Entertainment
   *Plaintiff,*

v.                     **Civil No. 4:12–cv–01736**

A.D. Vision, Inc., et al.
   *Defendant.*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING: **Motion Hearing**

DATE: 12/17/2012

TIME: 02:30 PM

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE**

**515 RUSK COURTROOM 3–A**

**HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN

ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.

**David J. Bradley, Clerk**

By Deputy Stephanie Loewe              Date: December 4, 2012