**AO 435** (Rev. 03/08)
*Please Read Instructions:*

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

**FOR COURT USE ONLY**
**DUE DATE:**

| Field | Value |
|---|---|
| 1. NAME | Chris Lacy |
| 2. PHONE NUMBER | (713) 600-4921 |
| 3. DATE | 12-19-12 |
| 4. MAILING ADDRESS | 1221 McKinney St., Ste 3460 |
| 5. CITY | Houston |
| 6. STATE | TX |
| 7. ZIP CODE | 77010 |
| 8. CASE NUMBER | 4:12-CV-1736 |
| 9. JUDGE | Keith Ellison |
| 10. FROM | 12-17-12 |
| 11. TO | 12-17-12 |
| 12. CASE NAME | Funimation Entertainment v. AD Vision, Inc. |
| 13. CITY | Houston |
| 14. STATE | TX |

**15. ORDER FOR**
☐ APPEAL ☐ CRIMINAL ☐ CRIMINAL JUSTICE ACT ☐ BANKRUPTCY
☐ NON-APPEAL ☒ CIVIL ☐ IN FORMA PAUPERIS ☐ OTHER (Specify)

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) ADV's Mtn to Dismiss & Memorandum of Law In Support | 12-17-12 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

United States Courts
Southern District of Texas
FILED
DEC 19 2012
David J. Bradley, Clerk of Court

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional)

**ESTIMATE TOTAL**

18. SIGNATURE: [signed]
19. DATE: 12-19-12

☐ EMAIL ONLY REQUIRED
☐ EMAIL AND HARD COPY REQUIRED
☒ EMAIL ADDRESS: tkelly@azalaw.com

**20. TRANSCRIPT TO BE PREPARED BY**
C. Barron

**COURT ADDRESS**

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | |
| LESS DEPOSIT | |
| TOTAL REFUNDED | |
| TOTAL DUE | |

DISTRIBUTION: COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY