UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FUNimation ENTERTAINMENT, | § § § § | |
| *Plaintiff* | § | |
| v. | § § | CIVIL ACTION NO. 4:12-cv-1736 |
| A.D. VISION, INC., JOHN ROBERT LEDFORD II, AESIR HOLDINGS L.L.C., SXION 23 L.L.C., SERAPHIM STUDIOS, L.L.C., VALKYRIE MEDIA PARTNERS, L.L.C., SENTAI FILMWORKS, L.L.C., SENTAI HOLDINGS, L.L.C., and UNIO MYSTICA HOLDINGS, L.L.C., f/k/a UNIOMYSTICA, L.L.C. d/b/a SWITCHBLADE PICTURES, | § § § § § § § § § § § | |
| *Defendants.* | | |

## ORDER FOR EXPEDITED RESPONSE

Plaintiff's Amended Motion to Dismiss (Doc. No. 26) and Defendant's Response have been received. The Court requests a reply from Plaintiff. The Court grants leave for Plaintiff to reply to Defendant's Response generally, but the Court specifically requests briefing on the Antitrust arguments, as well as the following questions:

1) ADV argues that the ARM-ADV lawsuit was dismissed without prejudice and was *ex parte*. How does this affect arguments regarding collateral estoppel and res judicata made in the Motion to Dismiss? Specifically, does the Noerr-Penington Immunity argument still apply?;

2) Does the denial of ADV's Motion to Dismiss affect any arguments made in FUNimation's Motion to Dismiss?;

3) ADV alleges that FUNimation has been involved in acquiring and taking over ADV's anime titles since 2007. If this fact were true, would it change any of FUNimation's arguments?

The Court requests a reply by April 19, 2013.

**IT IS SO ORDERED.**

**SIGNED** in Houston, Texas, on this the 11th day of April, 2012.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE