IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FUNimation ENTERTAINMENT,<br>   *Plaintiff*<br>v.<br><br>A.D. VISION, INC., JOHN ROBERT LEDFORD II, AESIR HOLDINGS L.L.C., SXION 23 L.L.C., SERAPHIM STUDIOS, L.L.C., VALKYRIE MEDIA PARTNERS, L.L.C., SENTAI FILMWORKS, L.L.C., SENTAI HOLDINGS, L.L.C., and UNIO MYSTICA HOLDINGS, L.L.C., f/k/a UNIOMYSTICA, L.L.C. d/b/a SWITCHBLADE PICTURES,<br>   *Defendants.*<br><br>A.D. VISION, INC.<br>   *Third-party Plaintiff*,<br>v.<br><br>FUNIMATION PRODUCTIONS, LTD., ANIMEONLINE, LTD., FUNIMATION GP, LLC, FUNIMATION LP, LLC, FUNIMATION HOLDINGS, LLC, ANIME HOLDINGS, LLC, and GEN FUKUNAGA,<br>   *Third-party Defendants*. | CIVIL ACTION NO. 4:12-cv-01736<br><br>JURY DEMAND |

**COUNTER- AND CROSS-CLAIM DEFENDANTS'
UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

TO THE HONORABLE JUDGE OF SAID COURT:

  Counter- and Cross-Claim Defendants FUNimation Entertainment, FUNimation Productions, Ltd., Animeonline, Ltd., FUNimation GP, LLC, FUNimation PC, LLC, FUNimation Holdings, LLC, Anime Holdings, LLC, and Gen Fukunaga (collectively

"FUNimation") file their Unopposed Motion for Leave to Exceed Page Limits, and would state to following:

By Order dated April 11, 2013 (dkt. no. 43), this Court requested briefing on issues raised in FUNimation's Amended Motion to Dismiss and the Response thereto.  FUNimation files this Unopposed Motion for Leave to Exceed Page limits in accordance with Court Procedure 7(B) of Judge Keith P. Ellison's procedures in the United States District Court for the Southern District of Texas.  This procedure states that any reply shall be limited to ten pages.

In accordance with Judge Ellison's procedures, FUNimation hereby requests leave to file its Reply in Support of its Amended Motion to Dismiss in excess of the page limit.  FUNimation does not take lightly the procedures of this Court, but in this instance FUNimation finds it necessary to exceed the page limits set by this Court's Procedure 7(B) in order to properly reply as ordered by this Court.

FUNimation has agreed that Counter Plaintiffs A.D. Vision and John Ledford may, if they so desire, file a surreply that addresses the issues briefed in FUNimation's Reply.

In light of the above, FUNimation respectfully requests that this Court grant its Unopposed Motion for Leave to Exceed the Page Limits referenced in Judge Ellison's court procedures to the extent deemed applicable by this Court, along with whatever other relief may be appropriate.

                                                Respectfully submitted,

By:   */s/ Lauren J. Harrison*
       **LAUREN J. HARRISON**
       Attorney-in-Charge
       Fed. Id. No. 30232
       State Bar No. 24025840
       **REBECCA CLAUSEN**
       State Bar No. 24039453
       Fed. Id. No. 36308
       1001 Fannin, Suite 2450
       Houston, Texas   77046
       713.437.1800
       713.437.1810 (facsimile)
       Email: lharrison@joneswalker.com
       Email: rclausen@joneswalker.com

OF COUNSEL:
**JONES WALKER LLP**

       **ATTORNEYS FOR PLAINTIFF**
       **FUNIMATION ENTERTAINMENT AND**
       **THIRD-PARTY DEFENDANTS**

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Chris Lacy, counsel for Counter- and Cross-Claim Plaintiffs and he does not oppose the relief sought in this motion.

*/s/ Lauren J. Harrison*
**LAUREN J. HARRISON**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all known counsel of record listed below via electronic notification through the Court's CM-ECF system on this 19th day of April, 2013.

Mr. Kyle C. Herbert
Mr. Shane A. McClelland
SIMON, HERBERT, McCLELLAND
　& STILES, LLP
3411 Richmond Avenue, Suite 400
Houston, Texas　77046
*Attorneys for Aesir Holdings, L.L.C.,*
*Sxion 23, L.L.C., Valkyrie Media Partners, L.L.C.,*
*Seraphim Studios, L.L.C., Sentai Filmworks,*
*L.L.C., and Unio Mystica Holdings, L.L.C.*
*f/k/a UnioMystica, L.L.C. d/b/a*
*Switchblade Pictures and Net Master Hosting, L.L.C.*

Mr. Chris Lacy
Ms. Jamie Aycock
Ms. Lauren Reeder
AHMAD, ZAVITSANOS, ANAIPAKOS,
　ALAVI & MENSING, P.C.
1221 McKinney, Suite 3460
Houston, Texas　77010
*Attorneys for A.D. Vision, Inc. and John Robert Ledford II*

　　　　　　　　　　　　　　　　　　　　　　*/s/ Lauren J. Harrison*
　　　　　　　　　　　　　　　　　　　　　　**LAUREN J. HARRISON**

{HD046968.1}　　　　　　　　　　5