IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FUNimation ENTERTAINMENT,<br>    *Plaintiff*<br>v.<br><br>A.D. VISION, INC., JOHN ROBERT LEDFORD II, AESIR HOLDINGS L.L.C., SXION 23 L.L.C., SERAPHIM STUDIOS, L.L.C., VALKYRIE MEDIA PARTNERS, L.L.C., SENTAI FILMWORKS, L.L.C., SENTAI HOLDINGS, L.L.C., and UNIO MYSTICA HOLDINGS, L.L.C., f/k/a UNIOMYSTICA, L.L.C. d/b/a SWITCHBLADE PICTURES,<br>    *Defendants.*<br><br>A.D. VISION, INC.<br>    *Third-party Plaintiff,*<br>v.<br><br>FUNIMATION PRODUCTIONS, LTD., ANIMEONLINE, LTD., FUNIMATION GP, LLC, FUNIMATION LP, LLC, FUNIMATION HOLDINGS, LLC, ANIME HOLDINGS, LLC, and GEN FUKUNAGA,<br>    *Third-party Defendants.* | CIVIL ACTION NO. 4:12-cv-01736<br><br>JURY DEMAND |

**ORDER GRANTING COUNTER- AND CROSS-CLAIM DEFENDANTS'
MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

Counter- and Cross-Claim Defendants' Unopposed Motion for Leave to Exceed Page Limits is hereby GRANTED.

Signed in Houston, Texas, this 19th day of April, 2013.

                                            */s/ Keith P. Ellison*
                                          **KEITH P. ELLISON**
                                          **UNITED STATES DISTRICT JUDGE**

{HD047020.1}