# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

A.D. Vision, Inc.

                                  Plaintiff,

v.                                             Case No.: 4:12–cv–01736

                                             Judge Keith P Ellison

Funimation Productions, Ltd., et al.

                                  Defendant.

TYPE OF CASE:                  Civil

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Keith P Ellison

**PLACE:**
Courtroom 3A Houston
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 4/29/13

**TIME:** 11:30 AM

**TYPE OF PROCEEDING:** Motion Hearing
Motion to Vacate – #46

Date:   April 26, 2013

                                          David J. Bradley, Clerk